# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3082**  September Term, 2022

1:23-cr-00166-DLF-1

Filed On: June 5, 2023 [2002197]

United States of America,

       Appellee

   v.

Firoz Patel,

       Appellant

## O R D E R

It appearing that this case falls within the purview of Fed. R. App. P. 9(a) and D.C. Cir. Rule 9(a), it is, on the court's own motion,

**ORDERED** that the parties and Court Reporter(s) adhere to the following schedule:

| | |
|---|---|
| Completion of Underlying Transcripts | June 15, 2023 |
| Appellant's Memorandum of Law and Fact | June 26, 2023 |
| Appellee's Memorandum of Law and Fact | July 5, 2023 |
| Appellant's Reply Memorandum of Law and Fact | July 12, 2023 |

The parties are directed to hand-file the paper copies of their pleadings.

The Clerk is directed to send a copy of this order to Court Reporter(s): FTR Gold Reporting and Sara Wick to expedite preparation of the transcripts.

                                   **FOR THE COURT:**
                                   Mark J. Langer, Clerk

                        BY:    /s/
                                 Tatiana A. Magruder
                                 Deputy Clerk