# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v. Firoz Patel

**Case No:** 23-3082

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 22-05-2023 | Pre-trial detention hearing before Magistrate Meriweather | N/A - audio recording |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 31-05-2023 | Pre-trial detention hearing before Judge Friedrich | Sara Wick |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

I have corresponded with the Court reporter in this case, Sara Wick, who stated that the May 22, 2023 transcript will likely be available in approximately 14 days.

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June 2023, a copy of the foregoing Transcript Status Report was served on all counsel of record via the Court's ECF System.

*/s/ A. Jeff Ifrah*
A. Jeff Ifrah
