# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States

v.

Firoz Patel

**Case No:** 23-3082

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☒ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s) ☒ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

the United States of America

### Counsel Information

**Lead Counsel:** Kevin Birney

**Direct Phone:** (202) 252-7165  **Fax:** (202) 514-8779  **Email:** kevin.birney@usdoj.gov

**2nd Counsel:**

**Direct Phone:** ( ) ____  **Fax:** ( ) ____  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) ____  **Fax:** ( ) ____  **Email:**

**Firm Name:** United States Attorney's Office for the District of Columbia

**Firm Address:** 601 D Street, N.W., Washington, D.C. 20530

**Firm Phone:** (202) 252-6829  **Fax:** (202) 514-8779  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)