# EXHIBIT A

```
 1              UNITED STATES DISTRICT AND BANKRUPTCY COURTS
                     FOR THE DISTRICT OF COLUMBIA
 2

 3    UNITED STATES OF AMERICA      Criminal No.  23-cr-00166

 4          v.                      Washington, D.C.

 5    FIROZ PATEL,                  May 22, 2023

 6              Defendant.          2:00 p.m.

 7    -------------------------/

 8              TRANSCRIPT OF DETENTION HEARING
           BEFORE THE HONORABLE ROBIN M. MERIWEATHER
 9              UNITED STATES MAGISTRATE JUDGE

10    APPEARANCES:

11    For the Government:      United States Attorney's Office
                               By: ARVIND LAL, ESQUIRE
12                             555 Fourth Street, NW
                               Washington, D.C.  20530
13

14    For the Defendant:       Ifrah Law PLLC
                               By: JACOB GRUBMAN, ESQUIRE
15                             1717 Pennsylvania Avenue, NW
                               Suite 650
16                             Washington, D.C. 20006

17

18
      Court Reporter          Lisa K. Bankins RMR FCRR RDR
19                            United States District Court
                              District of Columbia
20                            333 Constitution Avenue, NW
                              Washington, D.C. 20001
21

22

23    Proceedings recorded by mechanical stenography,
      transcript produced by notereading.
24

25
```

1          P R O C E E D I N G S

2          THE COURTROOM DEPUTY:  Your Honor, this is

3    Criminal Case 23-166, the United States of America versus

4    Firoz Patel.  The defendant is present in the courtroom

5    and this matter is set for a detention hearing.

6          Parties, please introduce yourselves for the

7    record, starting with the government.

8          MR. LAL:  Good afternoon, Your Honor.  Arvind

9    Lal on behalf of the United States.

10          THE COURT:  Good afternoon.

11          MR. GRUBMAN:  (Inaudible.  Counsel did not speak

12    into the microphone.)

13          THE COURT:  Okay.  Thank you.

14          THE COURTROOM DEPUTY:  And just for the record,

15    if everybody can approach the lectern and speak in the

16    microphone, that way the FTR recording can pull everything

17    up.

18          MR. COPES:  Good afternoon, Your Honor.  John

19    Copes, Pretrial Services.

20          THE COURT:  Good afternoon, Mr. Copes.  Okay.

21    This case is set for a detention hearing.  Pending before

22    me is the United States request that the defendant,

23    Mr. Patel, be held without bond pending trial.

24          In preparation for today's hearing, I did read

25    the detention memorandum as well as the response from the

1   defense.  So I will proceed to hear argument, hearing from

2   the government first.

3           MR. LAL:  Thank you, Your Honor.  Your Honor,

4   would you prefer that we be masked?

5           THE COURT:  No.  It's optional.  You're fine.

6           MR. LAL:  Thank you.  Your Honor, let me start

7   by noting that the defendant has been indicted in this

8   case on two counts, one count of a violation of 18 USC,

9   1956 and specifically, the subsection that deals with

10  concealment money laundering and the second count being 18

11  USC, 1957, which is the spending money laundering statute.

12          With respect to -- I'd like to highlight a few

13  of the salient points factually and then go forward and

14  talk about some of the factors that we believe support

15  detention in this case.

16          As reflected in our papers, Mr. Firoz Patel, the

17  defendant, along with his brother, Ferhan Patel and their

18  company, M.H. Pillars, which did business by the name of

19  Payza.  Payza was the successor to a company called Alert

20  Pay.

21          Mr. Patel -- I'm sorry.  Let me just refer to

22  Mr. Firoz Patel as the defendant so that I don't confuse

23  him with his brother.

24          THE COURT:  Okay.

25          MR. LAL:  The defendant pled guilty on July 16,

1    2020 to two separate -- in two separate cases.  The first

2    was a case that arose out of the District of Columbia in

3    which he pled guilty to a violation of a 371 conspiracy,

4    18 USC, 371 where the underlying charges were, number one,

5    of conducting an unlicensed money service business in the

6    United States and in the District of Columbia without the

7    appropriate licenses, whether they be state and/or federal

8    and secondarily, international money laundering.  Those

9    were the two objects of that conspiracy.  The second case

10   was a money laundering case out of the Middle District of

11   Tennessee, in which he had been indicted several years

12   earlier for money laundering associated with a sale of

13   illegal steroids.

14        The defendant was the head of Payza and Alert

15   Pay.  The whole business of Payza and Alert Pay was to

16   transfer the funds for illegal schemes, things like Ponzi

17   schemes, wire fraud schemes, that kind of business and the

18   reason was that the defendant's company didn't do the

19   know-your-customer details, they didn't ask for the

20   know-your-customer details that all legitimate companies

21   like banks or Paypal or whatever it might be might ask.

22        After the defendant pled guilty, the court

23   ordered forfeiture of all of the property that was

24   involved in the crime that he pled guilty to.  And

25   pursuant to the plea agreement, the defendant was

1  obligated to identify all of his assets.  He did not do
2  that.

3        Fast forward to November 17th of 2020, the
4  defendant was sentenced to 36 months in prison and he was
5  allowed to self-surrender given the COVID pandemic and his
6  personal circumstances.  He's a citizen and resident of
7  Canada.  The self-surrender was delayed twice and
8  ultimately, he self-surrendered on June the 11th of 2021
9  and that date becomes important in this analysis.  June
10 11, 2021.

11       Let's back up to April 25th of 2021.  That's
12 when the defendant opened an account at Blockchain.com.
13 That is a crypto-currency exchange.  It has offices in the
14 United States and across the world.  But I believe they
15 are based in the United Kingdom.  And he opened the
16 account in the name of his father, Musa Patel.  He used an
17 address, not his own, not his father's, but an address in
18 the country of Belize.  The address that he used from
19 Belize was the same address that where he had registered a
20 whole series of companies that were associated with Payza
21 and that helped to conduct the illegal unlicensed money
22 transmitting business that he and his brother and his
23 company were engaged in.

24       Despite having used the Belize address, the IP
25 address, the computer that was used to set up the account

1   was actually in Canada.  The defendant did, however, use

2   his own phone number and his own email address.

3         Two days later on April 27th, 450 bit coin were

4   deposited into that Blockchain.com account.  At the time

5   that bit coin was worth more than $24 million.  The

6   government has traced that bit coin back to the activities

7   that the defendant was engaged in when he was the head of

8   Payza and these are all Payza proceeds that led to this

9   bit coin.

10        Blockchain.com decided three days later on April

11  30th that they needed more information.  They were

12  concerned about the conflicting information that they had

13  received and they started asking questions.  Well, instead

14  of the defendant responding in theory or instead of Musa

15  Patel responding in theory, the person who responded was

16  somebody who went by the name of Vineet Tewari.  Mr.

17  Tewari claims that the money is his and he wants the bit

18  coin sent back to him.  There's a lot of back and forth

19  that happens and ultimately, Blockchain.com says I believe

20  in their words, the explanations provided don't make any

21  sense and they freeze the account.  Pursuant to the laws

22  of the United Kingdom, they reported up to the UK

23  authorities.

24        On June the 2nd of 2021, nine days before he

25  surrenders -- self-surrenders, he sent an email again

1    demanding that the bit coin be returned and this

2    particular email is important because at the very bottom

3    it's signed F, the letter F.  It's not signed Vineet

4    Tewari.  It's not signed Musa Patel.  And the importance

5    of that is that in the prior investigation, we had -- the

6    government had obtained the defendant's emails and

7    that's -- and we learned that that's how he often signed

8    his emails.

9         I mentioned he does in fact self-surrender on

10   June the 11th.  A week later on June the 18th, there's an

11   email account created at Gmail, VineetTewari6032@gmail and

12   then the following day, it sends an email to

13   Blockchain.com saying this is the new email associated

14   with the account.

15        A few days later on June the 23rd, there is a

16   claim filed in the United Kingdom for the bit coin that is

17   ultimately made in the name of the defendant.  Vineet

18   Tewari does not file a claim.  Musa Patel does not file a

19   claim.  Vineet Tewari, by the way, is a former associate

20   of the defendant.  He ran Payza's subsidiary or related

21   company in India when Payza was operational.

22        As I indicated before, agents who are leading

23   this investigation have traced the bit coin back to

24   Payza's operations and the unlicensed money service

25   business activities that they were conducting and the

1    money laundering they were doing for various Ponzi schemes

2    and other illegal organizations.

3            In January of 2022, a judge in this court issued

4    a seizure warrant for the 450 bit coin.  If I can, I'm

5    going to turn to the factors under 3142(g) that support

6    the defendant's detention here.  And I think the

7    fundamental question that this Court has to answer is can

8    this Court trust anything that the defendant says?  Can it

9    trust any promises that he makes either with respect to

10   his -- any release conditions that the Court might impose

11   or any promises that he might make, frankly, in any

12   context?

13           I'd like to discuss the nature and circumstances

14   of the offense.  As I mentioned, the 450 bit coin trace

15   back to the dirty money that was the product of the

16   illegal business, the illegal scheme that he was running,

17   the transfer of the bit coin was done under a false name

18   and with a false address.  There was false explanations

19   provided to Blockchain.com with respect to the origin of

20   that bit coin.  And the bit coin flowed through multiple

21   cryptocurrency wallets before it got to Blockchain.com and

22   the use of those multiple wallets and the fact that he was

23   using bit coin, I submit to the Court shows a level of

24   sophisticated deceptiveness that warrants this Court not

25   believing any promises that he were to make to the Court

1    and therefore, he ought to be held.

2         It's important that also to note that the bit

3    coin was transferred in between those two important dates,

4    the date after he got sentenced and the date before he

5    self-reported to prison.  He was under the Court's

6    jurisdiction at that point.  He was subject to a sentence,

7    whether that was conditions imposed upon him at sentencing

8    or just his pretrial conditions at the time.

9         If the government had located that 450 bit coin,

10   we would have seized it.  If the defendant had lived up to

11   his obligations under the plea agreement and told us about

12   the different assets that he had, we would have gone after

13   the 450 bit coin.

14        I'll note that the opposition filed by my

15   learned opposing counsel claimed that the defendant

16   cooperated with collection efforts.  I spoke to the agents

17   this morning and they are not aware of any cooperation

18   that this defendant provided with respect to his case or

19   certainly in terms of helping to locate any other assets

20   he had.

21        He faces a maximum of 20 years under Count One

22   of his indictment, 10 years under Count Two of his

23   indictment and by my calculations, 151 to 188 months under

24   the sentencing guidelines.

25        I would submit to the Court that the weight of

1   the evidence against the defendant is strong.  As I

2   indicated, he's been indicted.  He used his own phone

3   number and his own email address to set up the account.

4   He used the address in Belize, the same address that he

5   had used for other corporate entities that he used in his

6   underlying money service business and money laundering

7   scheme.  He took elaborate steps to hide his identity in

8   this case.  He offered false statements to Blockchain.com.

9   He knew that the money was dirty and if he had told the

10  truth, the people at Blockchain.com would have known that

11  he was laundering money.  They knew that he was associated

12  with Payza.

13          With respect to the defendant's history and

14  characteristics, I would note that he is not a United

15  States citizen nor is he a United States resident.  He

16  does not have any direct ties to the United States other

17  than having conducted an illegal business in the United

18  States.

19          At the time that the money -- the bit coin was

20  transferred, he had been sentenced and was waiting to

21  self-surrender.  His conduct after he had been sentenced

22  favors detention.  The defendant is an entrepreneur.  He

23  ran a criminal enterprise.  He made a lot of money.

24          THE COURT:  One second.  Did you say -- he's a

25  what?  An entrepreneur?

1          MR. LAL:  I said he's an entrepreneur.

2          THE COURT:  Okay.  Thank you.  Sorry.

3          MR. LAL:  He ran a criminal enterprise and he

4    made a lot of money.  In addition to the 450 bit coin, the

5    defendant has traced other cryptocurrencies that are

6    sitting in private wallets, meaning they are not with an

7    exchange.  They're just in a -- they're in ether out there

8    and it's perfectly legitimate to have private wallets.

9    But it's not okay to have private wallets that have dirty

10   money in them and he has them.

11         In addition, he has bank accounts in multiple

12   different countries across the world.  He has access to

13   millions of dollars.  If he was released, he could access

14   them from anywhere and they would be sufficient to finance

15   his flight away from prosecution.

16         I will note for the record and advise both the

17   defendant and his counsel if the bit coin that we are

18   aware of that has moved from those private wallets, that

19   would constitute an additional act of money laundering and

20   another act of obstruction of justice and the government

21   intends to hold him responsible for that conduct.

22         Your Honor, I submit that the defendant has

23   proven that he cannot be trusted by the Court.  The

24   defendant's conduct in this case is a strong indication of

25   his potential future obstruction.  He concealed assets

1    that were derived from criminal activities.  He violated

2    his plea agreement.  He has no respect for the Court's

3    authority and he's willing to frustrate the new

4    administration of justice.

5            Now one might think that there were so many

6    moments in time where the defendant could have learned his

7    lesson.  He was first indicted in the Middle District of

8    Tennessee for laundering the proceeds of illegal steroid

9    sales and that might have given him a clue, maybe it's

10   time to stop.  But that wasn't enough.

11           When he was operating Alert Pay, he received a

12   whole series of cease and desist letters from different

13   states.  New Hampshire and I believe California come to

14   mind, among others.  That might have given him a clue, I

15   should stop, I should no longer do this.  It was not

16   sufficient.

17           When he was indicted in this court back in 2018,

18   that might have given him a clue, maybe I should stop.

19   When he was sentenced, maybe that -- he should have

20   determined maybe I should stop.  But he did not.  He

21   continued to engage in illegal conduct.  And I submit to

22   the Court that he should be held without bond.  Thank you.

23           THE COURT:  Thank you.  I'll hear from the

24   defense.

25           MR. GRUBMAN:  Good afternoon, Your Honor.  Jacob

1   Grubman for defendant, Firoz Patel.

2          A question for the Court today is whether

3   defendant's detention is required under the Bail Reform

4   Act for one of two reasons.  The first being that the

5   defendant is a risk to his community and the second being

6   that the defendant is a serious risk of flight.  In other

7   words, whether the defendant can be -- whether the Court

8   can be assured that defendant will appear as necessary.

9          Importantly, the government does not allege in

10  this case that defendant is a risk to his community.  In

11  the first paragraph of the government's detention

12  memorandum, the government cites Section 3142(f)(2)(a),

13  which speaks to serious risk of flight.  Given this

14  assertion, the Court's focus is only on whether the

15  defendant can be guaranteed to attend court as necessary.

16         Today in its papers, the government emphasizes

17  its theory of the case which it is, of course, entitled to

18  do pursuant to the 3142(g) factors.

19         But I'd like to draw the Court's attention again

20  as we did in our papers to language from a prior decision

21  of the D.C. Circuit Court from the case of United States

22  versus Munschel and the case citation is 991 F.3rd, 1273.

23  And that case states detention cannot be based on a

24  finding that the defendant is unlikely to comply with

25  conditions of release absent the requisite finding of

1    dangerousness or risk of flight.  Otherwise, the scope of

2    detention would extend beyond the limits set by Congress.

3             Accordingly, the Court's focus today must

4    specifically be on the question of risk of flight.  And I

5    would submit that defendant's conduct in prior cases,

6    including the case that the government cites demonstrates

7    with a high level of certainty that the government -- I'm

8    sorry -- that the defendant is not a serious risk of

9    flight pursuant to the Bail Reform Act.  And that's for

10   two reasons:  First, his past conduct in prior cases

11   demonstrates that he is not a serious risk of flight.  And

12   second, in the prior related case, the 2018 case brought

13   before this Court, now Justice Ketanji Brown Jackson

14   concluded in the face of more serious criminal allegations

15   that defendant was not a serious risk of flight.

16             First, the Court should consider defendant's

17   conduct in relation to the two prior cases that the

18   government has cited.  The 2012 case brought in the Middle

19   District of Tennessee and the 2018 case brought in this

20   court.  In both of those instances, defendant demonstrated

21   his ability to -- I'm sorry -- his inclination and his

22   commitment to appearing as necessary in ways that are

23   reflected clearly in government papers.  In fact in both

24   cases, the government was -- the government filed papers

25   with the courts asking the courts to withdraw or quash

1    arrest for Defendant Warren so that he could attend court

2    proceedings or meet with prosecutors from his home in

3    Canada.

4            Keep in mind that at the time just as now,

5    defendant was a Canadian citizen and a resident of Canada

6    and despite that fact, he traveled from his home to meet

7    with prosecutors and attend court proceedings in both

8    prior cases.

9            The government asks today whether the Court can

10   truly trust the things that defendant says.  But I would

11   submit that the Court can more thoroughly rely on

12   Mr. Patel's conduct in both of these cases and that his

13   conduct illustrates that he is not a serious risk of

14   flight in relation to this case.

15           A second consideration in relation to this

16   question before the Court is how this case relates to a

17   prior instance of similar charges and actually more severe

18   charges brought against the same defendant.  The

19   government has explained the nature of the prior case.

20   Importantly, in that case, now Justice Jackson made a

21   ruling explicitly stating that defendant was not a serious

22   risk of flight.  Importantly, in that case, the government

23   represented by now Magistrate Judge Zia Faruqui said that

24   while the indictment charged misconduct related to $250

25   million, actually the true value of the offensive conduct

1    exceeded one billion dollars.

2              Despite those allegations by the government in

3    the prior case, now Justice Jackson determined that this

4    defendant was not a serious risk of flight.  And in fact

5    that decision proved accurate and prescient.  Defendant

6    attended all necessary hearings, traveled from his home in

7    Canada to meet with the prosecution and ultimately

8    self-surrendered to serve his term of detention.

9              Importantly, defendant actually had to attempt

10   to self-surrender twice.  In May of 2021, he came to the

11   border to cross into the United States to self-surrender

12   and was blocked from doing so in light of the applicable

13   criminal charges.  He went home in the following month

14   after coordinating further with the government and this

15   court.  He self-surrendered a second time.  This is a

16   defendant who exhibits a rare and voluminous amount of

17   evidence indicating that he is committed to appearing in

18   the United States as necessary.

19             The government also emphasizes the severity of

20   the charges that the defendant is facing in this case.

21   According to the government's math and even accepting the

22   government's calculations as true, defendant is facing a

23   term of incarceration of between 135 and 168 months.

24             Importantly, in the prior case, the government

25   made even more severe allegations against this defendant,

1   suggesting that he faced a prison term of between 292 and

2   365 months.  A much more severe prison term.  And even

3   despite facing that sentence, in the context of a case in

4   which he had pleaded guilty, defendant met his obligations

5   by crossing into the United States from his home in Canada

6   and attending all necessary proceedings and meetings with

7   the prosecution.

8           I'd also like to address one note that the

9   government raised today which didn't appear in its papers.

10  The government asserted that the defendant -- I'm sorry.

11  The government represented today that he had spoken with

12  the case agents on defendant's prior case and that

13  defendant had not cooperated with those case agents in

14  relation to the identification of relevant assets.

15          Today I would like to represent that defendant's

16  conversations and cooperation were in relation to the

17  prosecutor in that case.  And again that was now

18  Magistrate Judge Zia Faruqui.

19          Ultimately, the government's argument today

20  assumes the outcome of this case.  It assumes that it can

21  show that defendant engaged in improper money transmission

22  in relation to funds that touched the United States and it

23  makes other jurisdictional and factual assumptions

24  regarding the merits of its case.

25          The question for the Court is whether the Court

1  can be assured that Mr. Patel will attend all necessary

2  proceedings and otherwise come into this jurisdiction as

3  necessary.  I submit that both his conduct and his

4  appearance in multiple prior cases, including a case

5  before this Court demonstrates that he is not a serious

6  risk of flight and that detention is, therefore, improper.

7          As a final note, I'll add that in the prior

8  case, now Justice Jackson included conditions of release.

9  Of course, the Bail Reform Act requires that the Court

10  consider whether any reasonable conditions might guarantee

11  the defendant's appearance.  And in this case, similar

12  conditions or lesser conditions given the relative

13  severity of these charges would be appropriate in this

14  case rather than outright detention.  Thank you.

15          THE COURT:  Thank you.  Any rebuttal?

16          MR. LAL:  Just momentarily, Your Honor.  The

17  essence of the defense argument and I acknowledge that the

18  defendant was in fact released in his prior case.  He did

19  show up.  Although many of the times that he showed up

20  were over Zoom because of the ongoing pandemic.  Although

21  I believe he did come to the courthouse for sentencing and

22  maybe there was one other -- one or two other things.

23          But to suggest that he complied with all of the

24  requirements that the Court imposed on him is just false.

25  He had obligations under his plea agreement.  He had

1  obligations pursuant to the order of the Court.  And the

2  very fact that he's facing charges right now for

3  transferring money that he should have disclosed shows to

4  the Court that he's not going to live up to his promises

5  and if he says that he's going to show up, that is not a

6  promise to be believed.  Thank you.

7          THE COURT:  Thank you.  Just a followup question

8  from the defense.  If you could come back to the podium,

9  please?

10         MR. GRUBMAN:  Yes, Your Honor.

11         THE COURT:  In your memorandum, you mentioned

12  the availability of a third party custodian.  Has that

13  person served as a custodian for this defendant in any

14  other of these earlier matters?

15         MR. GRUBMAN:  Your Honor, not for this

16  defendant.  As the government summarized, the prior case

17  involved both this defendant and his brother.  And the

18  custodian in that case served as a custodian only for

19  defendant's brother.  With that said, the custodian has a

20  similar relationship with this defendant.

21         THE COURT:  And can you remind me what is the

22  defendant's home situation?  Does he have a spouse and/or

23  children in Canada?

24         MR. GRUBMAN:  Yes, Your Honor.  His wife and

25  daughter continue to live in the Montreal area and his

1    daughter is 18 years old and as the papers reflect, the
2    defendant has not seen either of them since he started his
3    incarceration.
4              THE COURT:  Thank you.
5              MR. GRUBMAN:  Thank you.
6              THE COURT:  Does Pretrial wish to be heard, Mr.
7    Copes?
8              MR. COPES:  John Copes, Pretrial Services.
9    Pretrial Services makes the following recommendation.
10   That there are no conditions or combination of conditions
11   that can reasonably assure the defendant's appearance or
12   safety to the community.
13             THE COURT:  And if I were to consider releasing
14   him, what type of supervision options are available for a
15   defendant who apparently lives in Canada?
16             MR. COPES:  Yes, Your Honor.  Pretrial Services,
17   we have had cases where the defendant would report by
18   phone.  The requirements would not consist of in-person
19   requirements.  We would be unable to GPS monitor the
20   defendant.  There would be a concern of risk of flight
21   with that option of release.  But reporting by phone would
22   be the main condition that could be set for the defendant.
23   And a travel restriction, that the defendant not travel
24   unless he receives court approval, not travel
25   internationally or outside of his local residence area.

1   That the defendant not possess a passport for

2   international travel and that the defendant verify his

3   address.

4           THE COURT:  Thank you.  And, Mr. Copes, do you

5   know was the -- I know I don't -- we don't appear to have

6   a custodian here.  But the defense did argue about a third

7   party custodian in their papers.  Have they asked Pretrial

8   to make a suitability determination?

9           MR. COPES:  I have not received any information

10  on a third party request at this time.  I don't believe

11  that my co-workers, any of my co-workers have conducted a

12  third party screening.

13          THE COURT:  Thank you, Mr. Copes.

14          MR. COPES:  Thank you.

15          THE COURT:  Mr. Lal, I have a question for you

16  and I don't know if it's for you or Pretrial.  But let me

17  start with you since you seem most familiar with the prior

18  cases.

19          So the November 2020 sentence that then led to

20  the self-surrender in June of 2021 and that -- is that

21  Case Number 20-cr-113 or is it a different number?  I'm

22  just looking at the pretrial report which is what's

23  confusing me a little bit?

24          MR. LAL:  That number is 18- --

25          THE COURT:  Is that the 1853 or --

1          MR. LAL:  Yes.  053.  That is correct.

2          THE COURT:  Okay.  And are you familiar with the

3    20-cr-113 case?

4          MR. LAL:  20-cr-113?

5          THE COURT:  Yes.  I just got a copy of the

6    pretrial report and it lists a CR-20-113 with the same

7    sentencing date for money laundering.  The same sentencing

8    date as the 18-53.  I suppose it could be a typo.  But I

9    didn't think that number matched up with what you have in

10   your --

11         MR. LAL:  I have not seen the Pretrial Services

12   report.  But may I have a moment with counsel?

13         THE COURT:  Yes.

14         MR. LAL:  Perhaps we can --

15         THE COURT:  Um-hum.

16         (Pause.)

17         MR. LAL:  Your Honor, we have a logical answer,

18   but no promises --

19         THE COURT:  Okay.  That's better than I have.

20         MR. LAL:  Okay.  So when the 2012 case from the

21   Middle District of Tennessee was transferred here pursuant

22   to Rule 20 for the defendant to plead guilty in this

23   courthouse, I believe the clerk's office probably assigned

24   it a new number here.  So that would have been 20-113.

25   And again, I'm making certain guesses here that if the

1   plea was in July of 2020, 113 cases is somewhat logical

2   pre-pandemic for our court to sort of be in that general

3   vicinity.

4   　　　　THE COURT:  Okay.  Yes.  My quick courtroom

5   deputy has advised me that the docket for that case does

6   reference the Rule 20 transfer from Tennessee.

7   　　　　MR. LAL:  Thank you, Ms. Love.

8   　　　　THE COURT:  Okay.  And then both of those -- has

9   he served his time on those to your knowledge?

10  　　　　MR. LAL:  Certainly in the case from this

11  courthouse, he received a three-year sentence.  My

12  recollection is that he received a concurrent sentence.  I

13  believe it was three years.  But it was a concurrent

14  sentence and he was released from the Bureau of Prisons

15  the last week of April.  I think it was the 25th.  And

16  then from there, he was transferred to ICE custody and

17  from ICE custody, he was transferred to the marshals to be

18  arrested on the warrant issued by this Court.

19  　　　　THE COURT:  Okay.  So he hasn't been truly out

20  really since --

21  　　　　MR. LAL:  He has not been.  Because when he was

22  transferred to ICE custody from the Bureau of Prisons, it

23  was their intention to ship him back to Canada.  I guess

24  what the defendant did not know was that we had learned

25  about the transfer of this bit coin and had been

1   investigating the matter and had obtained an arrest

2   warrant against him.

3            And so, therefore, at the conclusion of that, he

4   was -- given the area of responsibility for ICE instead of

5   being taken -- he was in Connecticut at a Bureau of

6   Prisons facility.  But because Boston is the closest ICE

7   facility, that's where he was presented in court on the

8   arrest warrant issued here and I believe that was on

9   Thursday, the 27th, if I have my day and date correct.

10            THE COURT:  Okay.  Thank you.

11            So pending before me is the United States'

12   motion requesting that Mr. Patel be -- Mr. Firoz Patel be

13   detained pending trial on the grounds that he presents a

14   serious risk of flight.  To evaluate that request, I have

15   to apply the criterior of the Bail Reform Act which

16   requires me in this context to consider four issues and

17   then determine whether the government has shown by a

18   preponderance of the evidence that there are no release

19   conditions either individually or in combination that

20   could reasonably assure the defendant's appearance in

21   court as required.

22            Those four factors that I have to consider are

23   the nature and circumstances of the charged offense, the

24   weight of the evidence against the defendant, the

25   defendant's history and characteristics and the nature and

1 seriousness of the danger to the community potentially

2 posed by release.

3          The government arguments to summarize succinctly

4 are that Mr. Patel -- that the charged conduct and the

5 timing of the charged conduct which would have been while

6 he was still under the Court's supervision for a prior

7 case demonstrates a disregard for court orders and a lack

8 of trustworthiness and that that paired with his access to

9 substantial assets, his residency in another country in

10 Canada demonstrate that he cannot be released even with

11 conditions.

12          The defense's argument is that Mr. Patel can be

13 trusted to appear and they point to his release in prior

14 cases where he was facing substantial sentences which

15 arguably were more serious and lengthy -- were potentially

16 more lengthy than that faced here.  But that history of

17 appearance demonstrates that he can be trusted to appear

18 as required.

19          And then it appears that somewhat of a wild card

20 here is the immigration status.  I've not -- as I'll

21 discuss when I get to my conclusions, well, there has been

22 the possibility of a third party custodian being

23 mentioned.  I'm not certain of what the immigration status

24 would be to order him to live in the United States while

25 awaiting trial.  While I certainly could investigate that

1   if I -- or ask the parties to brief me on that if I deemed

2   it necessary.

3          So turning to the first factor, the nature and

4   circumstances of the charged offense, that factor does

5   weigh in favor of pretrial detention.  Given that

6   Mr. Patel is charged with offenses that do -- the

7   circumstances of which -- I should note I mean the sort

8   of -- some of these monetary transaction type of charges

9   do not necessarily always favor detention.  But here the

10  circumstances being that this is essentially a scheme to

11  hide money from the Court and the government and while

12  charges are pending suggests that this is the sort of

13  offense that involves deception and therefore, suggest a

14  risk of flight and makes that factor favor pretrial

15  detention.

16         The weight of the evidence that has been

17  proffered by the government is strong.  Also strong

18  evidence -- strong evidence tying Mr. Patel to the

19  electronic funds, bit coin at issue as well as evidence of

20  deceptive conduct.  So that factor also favors detention.

21         Turning to Mr. Patel's history and

22  characteristics, these are mixed.  There is a dispute

23  about whether Mr. Patel assisted in efforts to collect

24  some previously -- some funds that were previously

25  involved in earlier cases.  The government also highlights

1  that Mr. Patel is not a citizen or resident of the United

2  States, has no direct ties to this jurisdiction, that he

3  has access to private bit coin wallets, substantial funds

4  that could allow him to flee given that he has access to

5  millions of dollars.

6          I say these are -- so those are all concerning

7  aspects of history and characteristics in a negative way.

8  However, Mr. Patel has also has like many defendants --

9  unlike many defendants in a similar situation, has a

10 history of having been -- appeared in this court for

11 similar charges and being released and having access to

12 substantial funds and being sophisticated enough to deal

13 with bit coin wallets, but nonetheless appearing for court

14 proceedings.

15         So I find that this factor does not -- the

16 history and characteristics does not favor pretrial

17 detention, notwithstanding the financial resources and

18 lack of ties to this country.  And instead I find this

19 factor slightly favors pretrial release.

20         And then the fourth factor, the nature and

21 seriousness of the danger to the community potentially

22 posed by release, that favors release as this really is

23 not a case involving alleged danger and I would note that

24 in this risk of flight context, that factor -- some courts

25 have suggested that that factor is less weighty than the

1  other factors.

2          So, you know, the ultimate question for me is to

3  balance these factors and determine whether I can set

4  release conditions that would reasonably assure

5  Mr. Patel's appearance complicated by the fact that some

6  more stringent supervision by GPS monitoring would be

7  unavailable if he's in Canada, may become options that

8  would be on the table if I were to conclude that he could

9  be released to reside with the individual mentioned in the

10  defense's memorandum.

11          After balancing this and bearing in mind that

12  the default position is release and that it is

13  government's burden even though it is a preponderance

14  standard, I am not convinced that release conditions would

15  be inadequate and instead I conclude that Mr. Patel should

16  be released pending trial subject to the following

17  conditions.

18          And I'll take -- let me see if I have -- just

19  one second.  Mr. Copes, has Mr. Patel had an interview

20  with pretrial?

21          MR. COPES:  John Copes, Pretrial Services.  Yes,

22  Your Honor.  The defendant has had an interview with

23  Pretrial Services.

24          THE COURT:  Okay.  Thank you.

25          So the conditions that I will set recognizing,

1    of course, that the government may appeal my ruling in

2    which case I will stay those conditions are that Mr. Patel

3    is to be released on his personal recognizance.  He is to

4    verify his address with Pretrial Services.  He is to be

5    supervised by Pretrial Services for this district and

6    report weekly by telephone.  He is not to travel outside

7    of Canada or the United States.  I'm not going to do a

8    surrender passport because I don't think he could get back

9    to Canada possibly.  He is to appear for all court

10    hearings as required by the Court.  He is not to commit

11    any state, federal or local crimes while he is awaiting

12    trial in this matter.

13            Are there any more specific conditions that the

14    government would recommend?  I'm recognizing that you're

15    recommending detention.  But I don't know if there's

16    anything regarding the bit coin that would be of

17    particular concern.

18            MR. LAL:  Your Honor, thank you.  That the

19    defendant be ordered not to engage in any financial

20    transactions other than those that deal with sort of any

21    household expenses, including obviously the bit coin that

22    we referred to and any other assets that are related to

23    his prior illegal activity.

24            THE COURT:  So it would be no -- and obviously,

25    I'll give the defense an opportunity to weigh in.  But you

1    would request that he not engage in financial transactions

2    involving --

3              MR. LAL:  Anything other than household

4    expenses.

5              THE COURT:  Okay.  And then more specifically,

6    then that would be that that would also prohibit financial

7    transactions involving bit coin?

8              MR. LAL:  Related to bit coin or any other

9    crypto currency or any money that's tied to his prior

10   illegal conduct.

11             THE COURT:  Thank you.  What is the defense's

12   position on this proposed financial restriction?

13             MR. GRUBMAN:  Your Honor, the defense agrees to

14   this proposed condition.  We do request that we be allowed

15   discretion to communicate with the prosecution regarding

16   any transactions that do not fall certainly under this

17   condition rather than come in directly to the Court.

18             THE COURT:  You mean to ask -- you would want to

19   ask the government if they think something --

20             MR. GRUBMAN:  If something is questionable, we

21   would like permission to discuss the issue with the

22   government without coming to the Court to ask for an

23   exception to the condition.

24             THE COURT:  Well, you could do that if it's

25   questionable.  But if you think it's questionable, but if

```
 1   the government thinks it's a violation of the condition,
 2   then obviously they can --
 3               MR. GRUBMAN:  Of course.
 4               THE COURT:  -- give an exception.
 5               MR. GRUBMAN:  Of course.
 6               THE COURT:  But if everyone agrees that they
 7   think it's not violating it, then I don't think you need
 8   to ask me first.  I'm not sure that I would be able to
 9   answer the question candidly.
10               MR. GRUBMAN:  I wish I had the specific
11   illustration of the type of transaction that we are
12   thinking about.
13               THE COURT:  Okay.
14               MR. GRUBMAN:  But mostly we would like to put on
15   the record that in case questions come up, we intend to
16   work with the government and discuss the issues and
17   hopefully, we can reach a resolution of things before
18   coming back here.  But like I said, I don't have a
19   specific illustration of this potential hypothetical.  So
20   I suppose I'll leave it there.
21               THE COURT:  Okay.  Thank you.  So I will also
22   impose a condition that prohibits Mr. Patel from engaging
23   in financial transactions while he is on pretrial release.
24   Financial transactions with the exception of transactions
25   involving standard household expenses.
```

1          And I will note that this condition prohibits

2    any transactions involving bit coin, cryptocurrency, money

3    tied to prior alleged illegal conduct.  I should say

4    prohibits without limitation.  That's what I mean.  That's

5    not an exclusive list of what it prohibits.  But it's a

6    clarification that those are included among what is

7    prohibited.

8          MR. GRUBMAN:  Apologies, Your Honor.  The

9    defense requests just a moment to confer with the

10   prosecution regarding one specific question.

11         THE COURT:  Okay.  Yes.  Go ahead.

12         MR. GRUBMAN:  Thank you.

13         (Pause.)

14         MR. GRUBMAN:  Thank you, Your Honor.  The

15   conversation that we were having referred to the

16   possibility that defendant obtains a job in the normal

17   course and the government has represented that they

18   wouldn't consider that to be the type of transaction

19   covered by this condition.

20         THE COURT:  Getting another -- some other job?

21         MR. GRUBMAN:  So, for example, if he gets, you

22   know, goes out and gets a job and gets a paycheck, that

23   would be considered a household transaction that would be

24   permitted.

25         THE COURT:  Okay.

1          MR. GRUBMAN:  Thank you.

2          THE COURT:  Okay.  Thank you.  Mr. Copes, and I

3     don't want to make you get up and come all the way to the

4     podium.  So is your office going to send the release

5     conditions after the hearing or should we wait for

6     something to come through while we're here?

7          MR. COPES:  I can do both.  I can do it right

8     now.  (Inaudible.  Mr. Copes did not speak into the

9     microphone.)

10          THE COURT:  Okay.  Electronic is fine with me.

11     But if you were planning to do it now, I didn't want to

12     move forward without you.

13          Okay.  Thank you.  So I am going to release

14     Mr. Patel on the conditions that were just stated on the

15     record which we will memorialize in a release order that

16     we will then send a copy of to the parties.  Does the

17     defense need me to repeat or explain any of these

18     conditions to your client before he's released?

19          MR. GRUBMAN:  Thank you, Your Honor.  One

20     question that we had was as to the location and possession

21     of defendant's passport at present.  This might be

22     something that the government or Pretrial Services can

23     speak to.  But to ensure that defendant can go home, we

24     just wanted to make sure.  We have to raise the question.

25          MR. LAL:  I don't know what the status of his

1    current passport is.  And as the Court was articulating

2    the conditions, I also thought that -- I don't know given

3    his unique status that he came into the United States and

4    then self-surrendered what happened to the Canadian

5    passport that he was traveling with.

6         I also don't know given his current status,

7    whether he would -- whether the United States marshals

8    would have to turn him back over to ICE and then they

9    would have to arrange his travel to Canada.  I will

10   certainly make that inquiry and try and figure out what's

11   going to happen.  I have a couple of requests for the

12   Court when the Court is done.

13        THE COURT:  Okay.  All right.  Okay.  And then

14   Mr. Patel, could you confirm that you heard and understood

15   the release conditions?

16        THE DEFENDANT:  Yes, Your Honor.  I understand.

17   It's all clear to me.

18        THE COURT:  Thank you.  Could the courtroom

19   deputy please swear Mr. Patel to his conditions of

20   release?

21        THE COURTROOM DEPUTY:  Yes, Your Honor.

22   Mr. Patel, please stand and raise your right hand.

23        (Defendant was sworn to his conditions of

24   release.)

25        THE COURTROOM DEPUTY:  Thank you.  You may be

```
 1   seated.
 2            THE COURT:  Thank you.  So I don't have an
 3   answer on the passport.  If I do learn anything of it, we
 4   will certainly share that information.  But procedurally,
 5   I'm not sure.  Mr. Patel?
 6            THE DEFENDANT:  If I may, Your Honor?  Just so I
 7   can give a bit of a timeline.  I was released into ICE
 8   custody on the last week of April.  I had my passport
 9   mailed back into the ICE office in Hartford.  The file I
10   think was following me to the prison I was at, the ICE
11   facility I was at which was in New Hampshire.  Upon which
12   or almost two weeks after, I was arrested from there and
13   brought to Boston.  So I think it's been following me
14   along the way.  So your first stop would be I guess talk
15   to the marshals or -- I'm thinking the marshals would have
16   it because everything would have been handed over to them
17   short of the property which has been handed off elsewhere.
18            THE COURT:  Okay.  Thank you.  Do we have a next
19   court date before the district judge?
20            THE COURTROOM DEPUTY:  Your Honor, we do not.
21   The parties are instructed to reach out to the courtroom
22   deputy of Judge Friedrich.
23            THE COURT:  Okay.  Thank you.  And then there
24   were some requests from the government?
25            MR. LAL:  Yes, Your Honor.  The government would
```

1    respectfully ask that the Court stay its decision so that

2    the government can ponder whether to appeal the decision

3    to Judge Friedrich.  And if the close of business tomorrow

4    would be appropriate, that's what the government would ask

5    for.

6              THE COURT:  Thank you.  Any objection from the

7    defense to a 24-hour stay of my release order?

8              MR. GRUBMAN:  No objection, Your Honor.

9              THE COURT:  Okay.  Thank you.  I also think that

10   might give us a little time to try to figure out this

11   passport situation as I don't want to release someone and

12   then have them kind of be in a void where they can't go

13   where we're expecting them to go.

14             So, yes, I will stay my release order until

15   close of business tomorrow, May 23rd.  And should there be

16   a need for a longer stay or if you do decide to appeal,

17   then you can let me know that you will be appealing and

18   then I typically will stay it for longer to give the

19   district judge time to put it on her calendar.

20             MR. LAL:  I appreciate it, Your Honor.  We'll

21   communicate with chambers as well as defense counsel via

22   email once the powers that be in my office decide what

23   they want to do.

24             THE COURT:  Okay.  Thank you.

25             MR. LAL:  The second or perhaps the second of

1    three requests -- two of the three are somewhat related.

2    It's my understanding that counsel at the moment are only

3    retained by the defendant to represent him with respect to

4    for purposes of this hearing, this detention hearing.

5            And so we had reached out to defense counsel

6    about a Speedy Trial Act waiver.  Our primary concern

7    being ascertainment of counsel.  And so perhaps -- I don't

8    know whether defense counsel have had an opportunity to

9    think about this further, but the government is sort of in

10   a corner here where we're starting to put discovery

11   together, but I can't give it to these counsel, but I

12   don't know who to give it to.  And so to me, it's logical

13   that the Speedy Trial Act be stayed until we sort of

14   figure this out.  But I don't want to sort of -- I mean

15   that's not something that I can force upon them or I mean

16   I can't force their concurrence.

17           THE COURT:  Right.  What is the status of

18   counsel?

19           MR. GRUBMAN:  Your Honor, Mr. Lal's summary was

20   accurate.  Thus far, counsel has been engaged specifically

21   for the matter of pretrial detention hearing.  With

22   respect to the speedy trial, the issues that Mr. Lal has

23   raised, we would be glad to waive the speedy trial

24   requirement if defendant is released.  But, of course,

25   that question remains open given the stay and potential

```
1    appeal of the government.

2              THE COURT:  And so if you're retained -- since I

3    didn't have the initial appearance, so you're retained for

4    purposes of the detention hearing.  Is it that your client

5    may retain someone else for the rest of the case or does

6    or might he be seeking court-appointed counsel or is it

7    not clear?

8              MR. GRUBMAN:  Correct.  At this point the only

9    step that defendant has taken is engaging our firm as

10   counsel for the purposes of this hearing.  So as far as

11   the next stages of this matter, I would say they remain

12   open.

13             THE COURT:  So then we should probably schedule

14   a -- we should probably schedule an ascertainment of

15   counsel just so that the Court knows what's going on with

16   that.  Would ten days give you enough time do you think to

17   figure this out or would you like me to set it for later?

18             MR. GRUBMAN:  Yes, Your Honor.

19             THE COURT:  Ten days?

20             MR. GRUBMAN:  I suppose there were two options

21   there.  But ten days works for us.

22             THE COURT:  All right.  Let me -- that would be

23   around June 1st.

24             MR. GRUBMAN:  That works.

25             THE COURT:  Let's do 3 p.m. on June 1st for the
```

1    ascertainment of counsel and if someone enters their

2    appearance for the duration of the case before that date,

3    then we can probably just take it off the calendar.

4         MR. GRUBMAN:  Yes, Your Honor.  One additional

5    question in relation to that hearing.  If defendant has

6    been released and is back in Canada, we would request that

7    his appearance be waived.

8         THE COURT:  How about if we make it a virtual

9    hearing?

10        MR. GRUBMAN:  Sure.

11        THE COURT:  Okay.  All right.  So I will set

12   that ascertainment of counsel as a virtual hearing before

13   me on June 1st at 3 p.m.  I may end up -- depending on how

14   my calendar is, I may be -- he is sitting here doing it.

15   But you can be connected by Zoom.

16        MR. GRUBMAN:  Okay.  Thank you, Your Honor.

17        THE COURT:  Thank you.  And then in terms of the

18   Speedy Trial Act, I will exclude time between today and

19   June 1, 2023 from any calculation under the Speedy Trial

20   Act.  Recognizing that the defense has not consented, I

21   nonetheless find that this exclusion best serves the ends

22   of justice and outweighs the interest of Mr. Patel and the

23   public in a speedy trial as it will provide an opportunity

24   for the issue of counsel to be hopefully resolved before

25   the next hearing.  And then that also -- until we know who

1  counsel is going forward, there are things that cannot

2  practically be done in terms of discussions about the

3  matter and the exchange of and review of discovery.  So I

4  will toll the time until June 1st.

5          I think there were three things from the

6  government, but we may have only done two.

7          MR. LAL:  Two and Three were combined.  It was

8  ascertainment of counsel and Speedy Trial Act.  So I think

9  we've covered it for the moment.

10          THE COURT:  Okay.  Thank you.  Anything further

11  from the defense?

12          MR. GRUBMAN:  Nothing further.  Thank you, Your

13  Honor.

14          THE COURT:  Okay.  Thank you.  So although I

15  have ordered Mr. Patel's release, I am staying his release

16  for 24 hours to allow the government to determine whether

17  to file an appeal.  So I am remanding Mr. Patel back into

18  the custody of the marshals to be held pending the

19  expiration of the stay.  I will issue something tomorrow

20  with guidance on whether my release order should just go

21  into effect or whether it will be stayed longer.

22          That concludes this matter.  Counsel, unless you

23  are appearing in my next case, you are excused and,

24  Mr. Patel, you are excused as well.  Thank you.

25          MR. GRUBMAN:  Thank you, Your Honor.

1                      CERTIFICATE OF REPORTER

2

3           I, Lisa K. Bankins, an Official Court Reporter

4    for the United States District Court for the District of

5    Columbia, do hereby certify that I transcribed via audio,

6    by machine shorthand, in my official capacity, the

7    proceedings had and testimony adduced upon the detention

8    hearing in the case of the United States of America versus

9    Firoz Patel, Criminal Number 23-cr-00166, in said court on

10   the 22nd day of May, 2023.

11

12          I further certify that the foregoing 40 pages

13   constitute the official transcript of said proceedings, as

14   taken from my machine shorthand notes, together with the

15   backup tape of said proceedings to the best of my ability.

16

17          In witness whereof, I have hereto subscribed my

18   name, this 19th day of June, 2023.

19

20

21                              Lisa K. Bankins

22                              Lisa K. Bankins
                                Official Court Reporter
23

24

25

MR. COPES: [7]  2/19 20/8 20/19
21/14 28/21 33/7

MR. GRUBMAN: [29]  2/11 12/25
19/10 19/15 19/24 20/5 30/13 30/20
31/3 31/5 31/10 31/14 32/8 32/12
32/14 32/21 33/1 33/19 36/8 37/19
38/8 38/18 38/20 38/24 39/4 39/10
39/16 40/12 40/25

MR. LAL: [25]  2/8 3/3 3/6 3/25 11/1
11/3 18/16 21/24 22/1 22/4 22/11
22/14 22/17 22/20 23/7 23/10 23/21
29/18 30/3 30/8 33/25 35/25 36/20
36/25 40/7

THE COURT: [62]

THE COURTROOM DEPUTY: [5]  2/2
2/14 34/21 34/25 35/20

THE DEFENDANT: [2]  34/16 35/6

## $

$24 [1]  6/5
$250 [1]  15/24

## 0

00166 [2]  1/3 41/9
053 [1]  22/1

## 1

10 [1]  9/22
11 [1]  5/10
113 [6]  21/21 22/3 22/4 22/6 22/24
23/1
11th [2]  5/8 7/10
1273 [1]  13/22
135 [1]  16/23
151 [1]  9/23
16 [1]  3/25
166 [1]  2/3
168 [1]  16/23
1717 [1]  1/15
17th [1]  5/3
18 [5]  3/8 3/10 4/4 20/1 21/24
18-53 [1]  22/8
1853 [1]  21/25
188 [1]  9/23
18th [1]  7/10
1956 [1]  3/9
1957 [1]  3/11
19th [1]  41/18
1st [4]  38/23 38/25 39/13 40/4

## 2

20 [3]  9/21 22/22 23/6
20-113 [1]  22/24
20-cr-113 [3]  21/21 22/3 22/4
20001 [1]  1/20
20006 [1]  1/16
2012 [2]  14/18 22/20
2018 [3]  12/17 14/12 14/19
2020 [4]  4/1 5/3 21/19 23/1
2021 [6]  5/8 5/10 5/11 6/24 16/10
21/20
2022 [1]  8/3
2023 [4]  1/5 39/19 41/10 41/18
20530 [1]  1/12
22 [1]  1/5
22nd [1]  41/10
23-166 [1]  2/3
23-cr-00166 [2]  1/3 41/9
23rd [2]  7/15 36/15

24 [1]  40/16
24-hour [1]  36/7
26th [2]  6/15 23/15
27th [2]  6/3 24/9
292 [1]  17/1
2:00 [1]  1/6
2nd [1]  6/24

## 3

30th [1]  6/11
3142 [3]  8/5 13/12 13/18
333 [1]  1/20
36 [1]  5/4
365 [1]  17/2
371 [2]  4/3 4/4

## 4

40 [1]  41/12
450 [6]  6/3 8/4 8/14 9/9 9/13 11/4

## 5

53 [1]  22/8
555 [1]  1/12

## 6

650 [1]  1/15

## 9

991 [1]  13/22

## A

ability [2]  14/21 41/15
able [1]  31/8
about [11]  3/14 6/12 9/11 21/6 23/25
26/23 31/12 37/6 37/9 39/8 40/2
absent [1]  13/25
accepting [1]  16/21
access [6]  11/12 11/13 25/8 27/3 27/4
27/11
According [1]  16/21
Accordingly [1]  14/3
account [8]  5/12 5/16 5/25 6/4 6/21
7/11 7/14 10/3
accounts [1]  11/11
accurate [2]  16/5 37/20
acknowledge [1]  18/17
across [2]  5/14 11/12
act [11]  11/19 11/20 13/4 14/9 18/9
24/15 37/6 37/13 39/18 39/20 40/8
activities [3]  6/6 7/25 12/1
activity [1]  29/23
actually [4]  6/1 15/17 15/25 16/9
add [1]  18/7
addition [2]  11/4 11/11
additional [2]  11/19 39/4
address [14]  5/17 5/17 5/18 5/19 5/24
5/25 6/2 8/18 10/3 10/4 10/4 17/8 21/3
29/4
adduced [1]  41/7
administration [1]  12/4
advise [1]  11/16
advised [1]  23/5
after [8]  4/22 9/4 9/12 10/21 16/14
28/11 33/5 35/12
afternoon [5]  2/8 2/10 2/18 2/20 12/25
again [4]  6/25 13/19 17/17 22/25
against [5]  10/1 15/18 16/25 24/2 24/24
agents [4]  7/22 9/16 17/12 17/13
agreement [4]  4/25 9/11 12/2 18/25
agrees [2]  30/13 31/6

ahead [1]  32/11
Alert [4]  3/19 4/14 4/15 12/11
24/7 24/20 4/23 5/4 6/8 16/5 17/6 18/1
18/23 27/6 29/9 33/3 34/13 34/17
38/22 39/11
allegations [3]  14/14 16/2 16/25
allege [1]  13/9
alleged [2]  27/23 32/3
allow [2]  27/4 40/16
allowed [2]  5/5 30/14
almost [1]  35/12
along [2]  3/17 35/14
also [13]  9/2 16/19 17/8 26/17 26/20
26/25 27/8 30/6 31/21 34/2 34/6 36/9
39/25
although [3]  18/19 18/20 40/14
always [1]  26/9
am [4]  28/14 33/13 40/15 40/17
AMERICA [3]  1/3 2/3 41/8
among [2]  12/14 32/6
amount [1]  16/16
analysis [1]  5/9
another [3]  11/20 25/9 32/20
answer [4]  8/7 22/17 31/9 35/3
any [26]  6/20 8/9 8/10 8/11 8/11 8/25
9/17 9/19 10/16 18/10 18/15 19/13
21/9 21/11 29/11 29/13 29/19 29/20
29/22 30/8 30/9 30/16 32/2 33/17 36/6
39/19
anything [5]  8/8 29/16 30/3 35/3 40/10
anywhere [1]  11/14
Apologies [1]  32/8
apparently [1]  20/15
appeal [5]  29/1 36/2 36/16 38/1 40/17
appealing [1]  36/17
appear [6]  13/8 17/9 21/5 25/13 25/17
29/9
appearance [9]  18/4 18/11 20/11 24/20
25/17 28/5 38/3 39/2 39/7
APPEARANCES [1]  1/10
appeared [1]  27/10
appearing [4]  14/22 16/17 27/13 40/23
appears [1]  25/19
applicable [1]  16/12
apply [1]  24/15
appointed [1]  38/6
appreciate [1]  36/20
approach [1]  2/15
appropriate [3]  4/7 18/13 36/4
approval [1]  20/24
April [5]  5/11 6/3 6/10 23/15 35/8
are [30]  5/15 6/8 7/22 9/17 11/5 11/6
11/17 14/22 20/10 20/14 22/2 24/18
24/22 25/4 26/12 26/22 27/6 27/6 29/2
29/13 29/22 31/11 32/6 35/21 37/1
37/2 40/1 40/23 40/23 40/24
are all [1]  6/8
area [3]  19/25 20/25 24/4
arguably [1]  25/15
argue [1]  21/6
argument [4]  3/1 17/19 18/17 25/12
arguments [1]  25/3
arose [1]  4/2
around [1]  38/23
arrange [1]  34/9
arrest [3]  15/1 24/1 24/8
arrested [2]  23/18 35/12
articulating [1]  34/1
ARVIND [2]  1/11 2/8
as [40]  2/25 2/25 3/16 3/22 7/22 8/14

USCA Case #23-3057   Document #2019205        Filed: 06/26/2023    Page 44 of 51

**A**

asc [34]  10/1 13/6 13/15 13/20 14/9
15/4 16/18 16/22 18/7 19/13
19/16 19/18 20/1 22/8 24/21 25/18
25/20 26/19 26/29 27/22 29/10 33/20
34/1 36/11 36/21 36/21 38/9 38/10
38/10 39/12 39/23 40/24 41/13
ascertainment [5]  37/7 38/14 39/1
39/12 40/8
ask [9]  4/19 4/21 26/1 30/18 30/19
30/22 31/8 36/1 36/4
asked [1]  21/7
asking [2]  6/13 14/25
asks [1]  15/9
aspects [1]  27/7
asserted [1]  17/10
assertion [1]  13/14
assets [7]  5/1 9/12 9/19 11/25 17/14
25/9 29/22
assigned [1]  22/23
assisted [1]  26/23
associate [1]  7/19
associated [4]  4/12 5/20 7/13 10/11
assumes [2]  17/20 17/20
assumptions [1]  17/23
assure [3]  20/11 24/20 28/4
assured [2]  13/8 18/1
attempt [1]  16/9
attend [4]  13/15 15/1 15/7 18/1
attended [1]  16/6
attending [1]  17/6
attention [1]  13/19
Attorney's [1]  1/11
audio [1]  41/5
authorities [1]  6/23
authority [1]  12/3
availability [1]  19/12
available [1]  20/14
Avenue [2]  1/15 1/20
awaiting [2]  25/25 29/11
aware [2]  9/17 11/18
away [1]  11/15

**B**

back [15]  5/11 6/6 6/18 6/18 7/23 8/15
12/17 19/18 23/23 29/8 31/18 34/8 35/9
39/6 40/17
backup [1]  41/15
Bail [4]  13/3 14/9 18/9 24/15
balance [1]  28/3
balancing [1]  28/11
bank [1]  11/11
Bankins [4]  1/18 41/3 41/21 41/22
BANKRUPTCY [1]  1/1
banks [1]  4/21
based [2]  5/15 13/23
be [66]
bearing [1]  28/11
because [6]  7/2 18/20 23/21 24/6 29/8
35/16
become [1]  28/7
becomes [1]  5/9
been [18]  3/7 4/11 10/2 10/20 10/21
22/24 23/19 23/21 23/25 25/5 25/21
26/16 27/10 35/13 35/16 35/17 37/20
39/6
before [16]  1/8 2/21 6/24 7/22 8/21 9/4
14/13 15/16 18/5 24/11 31/17 33/18
35/19 39/2 39/12 39/24
behalf [1]  2/9

**B** (continued)

being [9]  3/10 13/4 13/5 24/5 25/22
26/10 27/11 27/12 37/7
believe [19]  3/10 5/14 6/19 12/18 18/21 21/5
21/10 22/23 23/13 24/8
believed [1]  19/6
believing [1]  8/25
Belize [4]  5/18 5/19 5/24 10/4
best [3]  39/21 41/15
better [1]  22/19
between [4]  9/3 16/23 17/1 39/18
beyond [1]  14/2
billion [1]  14/4
bit [31]  6/3 6/5 6/6 6/9 6/17 7/1 7/16
7/23 8/4 8/14 8/17 8/20 8/20 8/23 9/2
9/9 9/13 10/19 11/4 11/17 21/23 23/25
26/19 27/3 27/13 29/16 29/21 30/7
30/8 32/2 35/7
Blockchain.com [9]  5/12 6/4 6/10 6/19
7/13 8/19 8/21 10/8 10/10
blocked [1]  16/12
bond [2]  2/23 12/22
border [1]  16/11
Boston [2]  24/6 35/13
both [9]  11/16 14/20 14/23 15/7 15/12
18/3 19/17 23/8 33/7
bottom [1]  7/2
brief [1]  26/1
brother [5]  3/17 3/23 5/22 19/17 19/19
brought [5]  14/12 14/18 14/19 15/18
35/13
Brown [1]  14/13
burden [1]  28/13
Bureau [3]  23/14 23/22 24/5
business [11]  3/18 4/5 4/15 4/17 5/22
7/25 8/16 10/6 10/17 36/3 36/15

**C**

calculation [1]  39/19
calculations [2]  9/23 16/22
calendar [3]  36/19 39/3 39/14
California [1]  12/13
called [1]  3/19
came [2]  16/10 34/3
can [30]  2/15 2/16 8/4 8/7 8/8 13/7
13/8 13/15 15/9 15/11 17/20 18/1
19/21 20/11 22/14 25/12 25/17 28/3
31/2 31/17 33/7 33/7 33/22 33/23 35/7
36/2 36/17 37/15 39/3 39/15
can't [36]  36/12 37/11 37/16
Canada [15]  5/7 6/1 15/3 15/5 16/7
17/5 19/23 20/15 23/23 25/10 28/7
29/7 29/9 34/9 39/6
Canadian [2]  15/5 34/4
candidly [1]  31/9
cannot [4]  11/23 13/23 25/10 40/1
capacity [1]  41/6
card [1]  25/19
case [55]
cases [13]  4/1 14/5 14/10 14/17 14/24
15/8 15/12 18/4 20/17 21/18 23/1
25/14 26/25
cease [1]  12/12
certain [2]  22/25 25/23
certainly [6]  9/19 23/10 25/25 30/16
34/10 35/4
certainty [1]  14/7
CERTIFICATE [1]  41/1
certify [2]  41/5 41/12
chambers [1]  36/21
characteristics [5]  10/14 24/25 26/22

**C** (continued)

27/7 27/16
charged [2]  15/24 24/23 25/4 25/5 26/4
26/6
charges [10]  4/4 15/17 15/18 16/13
16/20 18/13 19/2 26/8 26/12 27/11
children [1]  19/23
Circuit [1]  13/21
circumstances [6]  5/6 8/13 24/23 26/4
26/7 26/10
citation [1]  13/22
cited [1]  14/18
cites [2]  13/12 14/6
citizen [4]  5/6 10/15 15/5 27/1
claim [3]  7/16 7/18 7/19
claimed [1]  9/15
claims [1]  6/17
clarification [1]  32/6
clear [2]  34/17 38/7
clearly [1]  14/23
clerk's [1]  22/23
client [2]  33/18 38/4
close [2]  36/3 36/15
closest [1]  24/6
clue [3]  12/9 12/14 12/18
co [2]  21/11 21/11
co-workers [2]  21/11 21/11
coin [29]  6/3 6/5 6/6 6/9 6/18 7/1 7/16
7/23 8/4 8/14 8/17 8/20 8/20 8/23 9/3
9/9 9/13 10/19 11/4 11/17 23/25 26/19
27/3 27/13 29/16 29/21 30/7 30/8 32/2
collect [1]  26/23
collection [1]  9/16
COLUMBIA [5]  1/1 1/19 4/2 4/6 41/5
combination [2]  20/10 24/19
combined [1]  40/7
come [8]  12/13 18/2 18/21 19/8 30/17
31/15 33/3 33/6
coming [2]  30/22 31/18
commit [1]  29/10
commitment [1]  14/22
committed [1]  16/17
communicate [2]  30/15 36/21
community [5]  13/5 13/10 20/12 25/1
27/21
companies [2]  4/20 5/20
company [5]  3/18 3/19 4/18 5/23 7/21
complicated [1]  28/5
complied [1]  18/23
comply [1]  13/24
computer [1]  5/25
concealed [1]  11/25
concealment [1]  11/9
concern [3]  20/20 29/17 37/6
concerned [1]  6/12
concerning [1]  27/6
conclude [2]  28/8 28/15
concluded [1]  14/14
concludes [1]  40/22
conclusion [1]  24/3
conclusions [1]  25/21
concurrence [1]  37/16
concurrent [2]  23/12 23/13
condition [8]  20/22 30/14 30/17 30/23
31/1 31/22 32/1 32/19
conditions [25]  8/10 9/7 9/8 9/13 13/25 18/8
18/10 18/12 18/12 20/10 20/10 24/19
25/11 28/4 28/14 28/17 28/25 29/2
29/13 33/5 33/14 33/18 34/2 34/15
34/19 34/23
conduct [17]  5/21 10/21 11/21 11/24

USDC CO Case #23-3162 Document #... Filed: 06/2... Page 45 of 51

**C**

product [13] #2/21 3#/5 14/10 14/17
15/12 15/13 15/25 18/3 25/4 25/5
26/20 30/10 32/3
conducted [2] 10/17 21/11
conducting [2] 4/5 7/25
confer [1] 32/9
confirm [1] 34/14
conflicting [1] 6/12
confuse [1] 3/22
confusing [1] 21/23
Congress [1] 14/2
connected [1] 39/15
Connecticut [1] 24/5
consented [1] 39/20
consider [6] 14/16 18/10 20/13 24/16
24/22 32/18
consideration [1] 15/15
considered [1] 32/23
consist [1] 20/18
conspiracy [2] 4/3 4/9
constitute [2] 11/19 41/13
Constitution [1] 1/20
context [4] 8/12 17/3 24/16 27/24
continue [1] 19/25
continued [1] 12/21
conversation [1] 32/15
conversations [1] 17/16
convinced [1] 28/14
cooperated [2] 9/16 17/13
cooperation [2] 9/17 17/16
coordinating [1] 16/14
Copes [10] 2/19 2/20 20/7 20/8 21/4
21/13 28/19 28/21 33/2 33/8
copy [2] 22/5 33/16
corner [1] 37/10
corporate [1] 10/5
correct [3] 22/1 24/9 38/8
could [14] 11/13 12/6 15/1 19/8 20/22
22/8 24/20 25/25 27/4 28/8 29/8 30/24
34/14 34/18
counsel [21] 2/11 9/15 11/17 22/12
36/21 37/2 37/5 37/7 37/8 37/11 37/18
37/20 38/6 38/10 38/15 39/1 39/12
39/24 40/1 40/8 40/22
count [4] 3/8 3/10 9/21 9/22
countries [1] 11/12
country [3] 5/18 25/9 27/18
counts [1] 3/8
couple [1] 34/11
course [7] 13/17 18/9 29/1 31/3 31/5
32/17 37/24
court [58]
Court's [6] 9/5 12/2 13/14 13/19 14/3
25/6
court-appointed [1] 38/6
courthouse [3] 18/21 22/23 23/11
courtroom [3] 2/4 23/4 34/18 35/21
courts [4] 1/1 14/25 14/25 27/24
covered [2] 32/19 40/9
COVID [1] 5/5
cr [6] 1/3 21/21 22/3 22/4 22/6 41/9
CR-20-113 [1] 22/6
created [1] 7/11
crime [1] 4/24
crimes [1] 29/11
criminal [8] 1/3 2/3 10/23 11/3 12/1
14/14 16/13 41/9
criterior [1] 24/15
cross [1] 16/11

crossing [1] 17/5
crypto [2] 5/13 30/9
crypto-currency [1] 5/13
cryptocurrencies [1] 11/5
cryptocurrency [2] 8/21 32/2
currency [2] 5/13 30/9
current [2] 34/1 34/6
custodian [8] 19/12 19/13 19/18 19/18
19/19 21/6 21/7 25/22
custody [5] 23/16 23/17 23/22 35/8
40/18
customer [2] 4/19 4/20

**D**

D.C [5] 1/4 1/12 1/16 1/20 13/21
danger [3] 25/1 27/21 27/23
dangerousness [1] 14/1
date [8] 5/9 9/4 9/4 22/7 22/8 24/9
35/19 39/2
dates [1] 9/3
daughter [2] 19/25 20/1
day [4] 7/12 24/9 41/10 41/18
days [7] 6/3 6/10 6/24 7/15 38/16 38/19
38/21
deal [2] 27/12 29/20
deals [1] 3/9
deception [1] 26/13
deceptive [1] 26/20
deceptiveness [1] 8/24
decide [2] 36/16 36/22
decided [1] 6/10
decision [4] 13/20 16/5 36/1 36/2
deemed [1] 26/1
default [1] 28/12
defendant [80]
defendant's [17] 4/18 7/6 8/6 10/13
11/24 13/3 14/5 14/16 17/12 17/15
18/11 19/19 19/22 20/11 24/20 24/25
33/21
defendants [2] 27/8 27/9
defense [5] 3/1 12/24 18/17 19/8 21/6
29/25 30/13 32/9 33/17 36/7 36/21
37/5 37/8 39/20 40/11
defense's [3] 25/12 28/10 30/11
delayed [1] 5/7
demanding [1] 7/1
demonstrate [1] 25/10
demonstrated [1] 14/20
demonstrates [5] 14/6 14/11 18/5 25/7
25/17
depending [1] 39/13
deposited [1] 6/4
deputy [3] 23/5 34/19 35/22
derived [1] 12/1
desist [1] 12/12
despite [4] 5/24 15/6 16/2 17/3
details [2] 4/19 4/20
detained [1] 24/13
detention [24] 1/8 2/5 2/21 2/25 3/15
8/6 10/22 13/3 13/11 13/23 14/2 16/8
18/6 18/14 26/5 26/9 26/15 26/20
27/17 29/15 37/4 37/21 38/4 41/7
determination [1] 21/8
determine [3] 24/17 28/3 40/16
determined [2] 12/20 16/3
did [13] 2/11 2/24 3/18 5/1 6/1 10/24
12/20 13/20 18/18 18/21 21/6 23/24
33/8
didn't [4] 4/18 4/19 17/9 22/9 33/11
38/3

different [4] 9/12 11/12 12/12 21/21
direct [2] 10/16 27/2
directly [1] 30/16
dirty [3] 8/15 10/9 11/9
disclosed [1] 19/3
discovery [2] 37/10 40/3
discretion [1] 30/15
discuss [4] 8/13 25/21 30/21 31/16
discussions [1] 40/2
dispute [1] 26/22
disregard [1] 25/7
district [15] 1/1 1/1 1/19 1/19 4/2 4/6
4/10 12/7 14/19 22/21 29/5 35/19
36/19 41/4 41/4
do [22] 4/18 5/1 12/15 13/18 21/4 26/6
26/9 29/7 30/14 30/16 30/24 33/7 33/7
33/11 35/3 35/18 35/20 36/16 36/23
38/16 38/25 41/5
docket [1] 23/5
does [13] 7/9 7/18 7/18 10/16 13/9
19/22 20/6 23/5 26/4 27/15 27/16
33/16 38/5
doing [3] 8/1 16/12 39/14
dollars [3] 11/13 16/1 27/5
don't [19] 3/22 6/20 21/5 21/5 21/10
21/16 29/8 29/15 31/7 31/18 33/3
33/25 34/2 34/6 35/2 36/11 37/7 37/12
37/14
done [4] 8/17 34/12 40/2 40/6
draw [1] 13/19
duration [1] 39/2

**E**

earlier [3] 4/12 19/14 26/25
effect [1] 40/21
efforts [2] 9/16 26/23
either [3] 8/9 20/2 24/19
elaborate [1] 10/7
electronic [2] 26/19 33/10
else [1] 38/5
elsewhere [1] 35/17
email [8] 6/2 6/25 7/2 7/11 7/12 7/13
10/3 36/22
emails [2] 7/6 7/8
emphasizes [2] 13/16 16/19
end [1] 39/13
ends [1] 39/21
engage [3] 12/21 29/19 30/1
engaged [4] 5/23 6/7 17/21 37/20
engaging [2] 31/22 38/9
enough [3] 12/10 27/12 38/16
ensure [1] 33/23
enterprise [2] 10/23 11/3
enters [1] 39/1
entities [1] 10/5
entitled [1] 13/17
entrepreneur [3] 10/22 10/25 11/1
ESQUIRE [2] 1/11 1/14
essence [1] 18/17
essentially [1] 26/10
ether [1] 11/7
evaluate [1] 24/14
even [5] 16/21 16/25 17/2 25/10 28/13
everybody [1] 2/15
everyone [1] 31/6
everything [2] 2/16 35/16
evidence [6] 10/1 16/17 24/18 24/24
26/16 26/18 26/18 26/19
example [1] 32/21
exceeded [1] 16/1

USCA Case 3-30/23-3085 Documerit 3a 05/23 Filed: 06/25/23 37223-93955/20

**E**

exception [3] 30/23 31/4 31/24
exchange [2] 5/13 11/7 40/3
exclude [1] 39/18
exclusion [1] 39/21
exclusive [1] 32/5
excused [2] 40/23 40/24
exhibits [1] 16/16
expecting [1] 36/13
expenses [3] 29/21 30/4 31/25
expiration [1] 40/19
explain [1] 33/17
explained [1] 15/19
explanations [2] 6/20 8/18
explicitly [1] 15/21
extend [1] 14/2

**F**

F.3rd [1] 13/22
face [1] 14/14
faced [2] 17/1 25/16
faces [1] 9/21
facility [3] 24/6 24/7 35/11
facing [5] 16/20 16/22 17/3 19/2 25/14
fact [8] 7/9 8/22 14/23 15/6 16/4 18/18 19/2 28/5
factor [9] 26/3 26/4 26/14 26/20 27/15 27/19 27/20 27/24 27/25
factors [6] 3/14 8/5 13/18 24/22 28/1 28/3
factual [1] 17/23
factually [1] 3/13
fall [1] 30/16
false [5] 8/17 8/18 8/18 10/8 18/24
familiar [2] 21/17 22/2
far [2] 37/20 38/10
Faruqui [2] 15/23 17/18
Fast [1] 5/3
father [1] 5/16
father's [1] 5/17
favor [4] 26/5 26/9 26/14 27/16
favors [4] 10/22 26/20 27/19 27/22
FCRR [1] 1/18
federal [2] 4/7 29/11
Ferhan [1] 3/17
few [2] 3/12 7/15
figure [4] 34/10 36/10 37/14 38/17
file [4] 7/18 7/18 35/9 40/17
filed [3] 7/16 9/14 14/24
final [1] 18/7
finance [1] 11/14
financial [7] 27/17 29/19 30/1 30/6 30/12 31/23 31/24
find [3] 13/24 13/25
finding [1] 13/24 13/25
fine [2] 3/5 33/10
firm [1] 38/9
FIROZ [7] 1/5 2/4 3/16 3/22 13/1 24/12 41/9
first [10] 3/2 4/1 12/7 13/4 13/11 14/10 14/16 26/3 31/8 35/14
flee [1] 27/4
flight [16] 11/15 13/6 13/13 14/1 14/4 14/9 14/11 14/15 15/14 15/22 16/4 18/6 20/20 24/14 26/14 27/24
flowed [1] 8/20
focus [2] 13/14 14/3
following [6] 7/12 16/13 20/9 28/16 35/10 35/13
followup [1] 19/7

**F** (continued — middle column)

force [2] 37/15 37/16
foregoing [1] 41/12
former [1] 7/19
forth [1] 6/18
forward [4] 3/13 5/3 33/12 40/1
four [2] 24/16 24/22
fourth [2] 1/12 27/20
frankly [1] 8/11
fraud [1] 4/17
freeze [1] 6/21
Friedrich [2] 35/22 36/3
frustrate [1] 12/3
FTR [1] 2/16
fundamental [1] 8/7
funds [6] 4/16 17/22 26/19 26/24 27/3 27/12
further [5] 16/14 37/9 40/10 40/12 41/12
future [1] 11/25

**G**

general [1] 23/2
get [3] 25/21 29/8 33/3
gets [3] 32/21 32/22 32/22
Getting [1] 32/20
give [8] 29/25 31/4 35/7 36/10 36/18 37/11 37/12 38/16
given [12] 5/5 12/9 12/14 12/18 13/13 18/12 24/4 26/5 27/4 34/2 34/6 37/25
glad [1] 37/23
gmail [2] 7/11 7/11
go [6] 3/13 32/11 33/23 36/12 36/13 40/20
goes [1] 32/22
going [9] 8/5 19/4 19/5 29/7 33/4 33/13 34/11 38/15 40/1
gone [1] 9/12
Good [5] 2/8 2/10 2/18 2/20 12/25
got [3] 8/21 9/4 22/5
government [48]
government's [5] 13/11 16/21 16/22 17/19 28/13
GPS [2] 20/19 28/6
grounds [1] 24/13
GRUBMAN [2] 1/14 13/1
guarantee [1] 18/10
guaranteed [1] 13/15
guess [2] 23/23 35/14
guesses [1] 22/25
guidance [1] 40/20
guidelines [1] 9/24
guilty [6] 3/25 4/3 4/22 4/24 17/4 22/22

**H**

had [31] 4/11 5/19 6/12 7/5 7/6 9/9 9/10 9/12 9/20 10/5 10/9 10/20 10/21 16/9 17/4 17/11 17/13 18/25 18/25 20/17 23/24 23/25 24/1 28/19 28/22 31/10 33/20 35/8 37/5 37/8 41/7
Hampshire [2] 12/13 35/11
hand [1] 34/22
handed [2] 35/16 35/17
happen [1] 34/11
happened [1] 34/4
happens [1] 6/19
Hartford [1] 35/9
has [37] 3/7 5/13 6/6 8/7 11/5 11/10 11/11 11/12 11/18 11/22 12/2 14/18 15/19 19/12 19/19 20/2 23/5 23/8

**H** (continued — right column)

23/21 24/17 25/21 26/16 27/2 27/3 27/4 27/8 27/8 27/9 28/19 28/22 32/17 35/17 37/20 37/25 38/9 39/5 39/20
hasn't [1] 23/19
have [48]
having [5] 5/24 10/17 27/10 27/11 32/15
he [126]
he's [10] 5/6 10/2 10/24 11/1 12/3 19/2 19/4 19/5 28/7 33/18
head [2] 4/14 6/7
hear [2] 3/1 12/23
heard [2] 20/6 34/14
hearing [16] 1/8 2/5 2/21 2/24 3/1 33/5 37/4 37/4 37/21 38/4 38/10 39/5 39/9 39/12 39/25 41/8
hearings [1] 16/6 29/10
held [4] 2/23 9/1 12/22 40/18
helped [1] 5/21
helping [1] 9/19
her [1] 36/19
here [13] 8/6 21/6 22/21 22/24 22/25 24/8 25/16 25/20 26/9 31/18 33/6 37/10 39/14
hereby [1] 41/5
hereto [1] 41/17
hide [2] 10/7 26/11
high [1] 14/7
highlight [1] 3/12
highlights [1] 26/25
him [15] 3/23 6/18 9/7 11/21 12/9 12/14 12/18 18/24 20/14 23/23 24/2 25/24 27/4 34/8 37/3
his [69]
history [7] 10/13 24/25 25/16 26/21 27/7 27/10 27/16
hold [1] 11/21
home [7] 15/2 15/6 16/6 16/13 17/5 19/22 33/23
Honor [33] 2/2 2/8 2/18 3/3 3/3 3/6 11/22 12/25 18/16 19/10 19/15 19/24 20/16 22/17 28/22 29/18 30/13 32/8 32/14 33/19 34/16 34/21 35/6 35/20 35/25 36/8 36/20 37/19 38/18 39/4 39/16 40/13 40/25
HONORABLE [1] 1/8
hopefully [2] 31/17 39/24
hour [1] 36/7
hours [1] 40/16
household [4] 29/21 30/3 31/25 32/23
how [4] 7/7 15/16 39/8 39/13
however [2] 6/1 27/8
hum [1] 22/15
hypothetical [1] 31/19

**I**

I'd [4] 3/12 8/13 13/19 17/8
I'll [7] 9/14 12/23 18/7 25/20 28/18 29/25 31/20
I'm [13] 3/21 8/4 14/7 14/21 17/10 21/21 22/25 25/23 29/7 29/14 31/8 35/5 35/15
I've [1] 25/20
ICE [9] 23/16 23/17 23/22 24/4 24/6 34/8 35/7 35/9 35/10
identification [1] 17/14
identify [1] 5/1
identity [1] 10/7
Ifrah [1] 1/14
illegal [12] 4/13 4/16 5/21 8/2 8/16 8/16

## I

illegal [6] 10/17 12/6 12/21 29/23
 30/10 32/3
illustrates [1] 15/13
illustration [2] 31/11 31/19
immigration [2] 25/20 25/23
importance [1] 7/4
important [4] 5/9 7/2 9/2 9/3
Importantly [5] 13/9 15/20 15/22 16/9
 16/24
impose [2] 8/10 31/22
imposed [2] 9/7 18/24
improper [2] 17/21 18/6
inadequate [1] 28/15
Inaudible [2] 2/11 33/8
incarceration [2] 16/23 20/3
inclination [1] 14/21
included [2] 18/8 32/6
including [3] 14/6 18/4 29/21
India [1] 7/21
indicated [2] 7/22 10/2
indicating [1] 16/17
indication [1] 11/24
indicted [5] 3/7 4/11 10/2 12/7 12/17
indictment [3] 9/22 9/23 15/24
individual [1] 28/9
individually [1] 14/19
information [4] 6/11 6/12 21/9 35/4
initial [1] 38/3
inquiry [1] 34/10
instance [1] 15/17
instances [1] 14/20
instead [5] 6/13 6/14 24/4 27/18 28/15
instructed [1] 35/21
intend [1] 31/15
intends [1] 11/21
intention [1] 23/23
interest [1] 39/22
international [2] 4/8 21/2
internationally [1] 20/25
interview [2] 28/19 28/22
introduce [1] 2/6
investigate [1] 24/1
investigating [1] 24/1
investigation [2] 7/5 7/23
involved [3] 4/24 19/17 26/25
involves [1] 26/13
involving [5] 27/23 30/2 30/7 31/25
 32/2
IP [1] 5/24
is [93]
issue [4] 26/19 30/21 39/24 40/19
issued [3] 8/3 23/18 24/8
issues [3] 24/16 31/16 37/22
it [46]
it's [18] 3/5 7/3 7/3 7/4 9/2 11/8 11/9
 12/9 21/16 30/24 30/25 31/1 31/7 32/5
 34/17 35/13 37/2 37/12
its [5] 13/16 13/17 17/9 17/24 36/1

## J

Jackson [4] 14/13 15/20 16/3 18/8
JACOB [2] 1/14 12/25
January [1] 8/3
job [3] 32/16 32/20 32/22
John [3] 2/18 20/8 28/21
judge [8] 1/9 8/3 15/23 17/18 35/19
 35/22 36/3 36/19
July [2] 3/25 23/1
June [13] 5/8 5/9 6/24 7/10 7/10 7/15

## K

Keep [1] 15/4
Ketanji [1] 14/13
kind [4] 4/17 36/12
Kingdom [3] 5/15 6/22 7/16
knew [2] 10/9 10/11
know [16] 4/19 4/20 21/5 21/5 21/16
 23/24 28/2 29/15 32/22 33/25 34/2
 34/6 36/17 37/8 37/12 39/25
know-your-customer [2] 4/19 4/20
knowledge [1] 23/9
known [1] 10/10
knows [1] 38/15

## L

lack [2] 25/7 27/18
LAL [4] 1/11 2/9 21/15 37/22
Lal's [1] 37/19
language [1] 13/20
last [2] 23/15 35/8
later [5] 6/3 6/10 7/10 7/15 38/17
laundering [11] 3/10 3/11 4/8 4/10 4/12
 8/1 10/6 10/11 11/19 12/8 22/7
Law [1] 1/14
laws [1] 6/21
leading [1] 7/22
learn [1] 35/3
learned [4] 7/7 9/15 12/6 23/24
leave [1] 31/20
lectern [1] 2/15
led [2] 6/8 21/19
legitimate [2] 4/20 11/8
lengthy [2] 25/15 25/16
less [1] 27/25
lesser [1] 18/12
lesson [1] 12/7
let [6] 3/6 3/21 21/16 28/18 36/17
 38/22
Let's [2] 5/11 38/25
letter [1] 7/3
letters [1] 12/12
level [2] 8/23 14/7
licenses [1] 4/7
light [1] 16/12
like [12] 3/12 4/16 4/21 8/13 13/19 17/8
 17/15 27/8 30/21 31/14 31/18 38/17
limitation [1] 32/4
limits [1] 14/2
Lisa [4] 1/18 41/3 41/21 41/22
list [1] 32/5
lists [1] 22/6
little [2] 21/23 36/10
live [3] 19/4 19/25 25/24
lived [1] 9/10
lives [1] 20/15
local [2] 20/25 29/11
locate [1] 9/9
located [1] 9/9
location [1] 33/20
logical [2] 22/17 23/1 37/12

21/20 38/23 38/25 39/13 39/19 40/4
 41/18
longer's [1] 18/2 27/2
jurisdictional [1] 17/23
just [18] 2/14 3/21 9/8 11/7 15/4 18/16
 18/24 19/7 21/22 22/5 28/18 32/9
 33/14 33/24 35/6 38/15 39/3 40/20
justice [7] 11/20 12/4 14/13 15/20 16/3
 18/8 39/22

longer [4] 12/15 36/16 36/18 40/21
looking [1] 21/22
Love [1] 23/7

## M

M.H [1] 3/18
machine [2] 41/6 41/14
made [5] 7/17 10/23 11/4 15/20 16/25
MAGISTRATE [3] 1/9 15/23 17/18
mailed [1] 35/9
main [1] 20/22
make [8] 6/20 8/11 8/25 21/8 33/3
 33/24 34/10 39/8
makes [4] 8/9 17/23 20/9 26/14
making [1] 22/25
many [4] 12/5 18/19 27/8 27/9
marshals [5] 23/17 34/7 35/15 35/15
 40/18
masked [1] 3/4
matched [1] 22/9
math [1] 16/21
matter [7] 2/5 24/1 29/12 37/21 38/11
 40/3 40/22
matters [1] 19/14
maximum [1] 9/21
may [13] 1/5 16/10 22/12 28/7 29/1
 34/25 35/6 36/15 38/5 39/13 39/14
 40/6 41/10
maybe [5] 12/9 12/18 12/19 12/20
 18/22
me [23] 2/22 3/6 3/21 19/21 21/16
 21/23 23/5 24/11 24/16 26/1 28/2
 28/18 31/8 33/10 33/17 34/17 35/10
 35/13 36/17 37/12 38/17 38/22 39/13
mean [5] 26/7 30/18 32/4 37/14 37/15
meaning [1] 11/6
mechanical [1] 1/23
meet [3] 15/2 15/6 16/7
meetings [1] 17/6
memorandum [4] 2/25 13/12 19/11
 28/10
memorialize [1] 33/15
mentioned [5] 7/9 8/14 19/11 25/23
 28/9
merits [1] 17/24
MERIWEATHER [1] 1/8
met [1] 17/4
microphone [3] 2/12 2/16 33/9
Middle [4] 4/10 12/7 14/18 22/21
might [12] 4/21 4/21 8/10 8/11 12/5
 12/9 12/14 12/18 18/10 33/21 36/10
 38/6
million [2] 6/5 15/25
millions [2] 11/13 27/5
mind [3] 12/14 15/4 28/11
misconduct [1] 15/24
mixed [1] 26/22
moment [4] 22/12 32/9 37/2 40/9
momentarily [1] 18/16
moments [1] 12/6
monetary [1] 26/8
money [26] 3/10 3/11 4/5 4/8 4/10 4/12
 5/21 6/17 7/24 8/1 8/15 10/6 10/6 10/9
 10/11 10/19 10/23 11/4 11/10 11/19
 17/21 19/3 22/7 26/11 30/9 32/2
monitor [1] 20/19
monitoring [1] 28/6
month [1] 16/13
months [4] 5/4 9/23 16/23 17/2

U.S. Case 1:25-3082    Document #2005108    Filed: 06/papers18 3/16 Page 48 of 51

## M

Montreal [1] 19/25
more [12]  6/5 6/11 14/14 15/11 15/17
16/25 17/2 25/15 25/16 28/6 29/13
30/5
morning [1]  9/17
most [1]  21/17
mostly [1]  31/14
motion [1]  24/12
move [1]  33/12
moved [1]  11/18
Mr [6]  6/16 20/6 24/12 33/8 37/19
40/15
Mr. [35]  2/20 2/23 3/16 3/21 3/22 15/12
18/1 21/4 21/13 21/15 24/12 25/4
25/12 26/6 26/18 26/21 26/23 27/1
27/8 28/5 28/15 28/19 28/19 29/2
31/22 33/2 33/14 34/14 34/19 34/22
35/5 37/22 39/22 40/17 40/24
Mr. Copes [5]  2/20 21/4 21/13 28/19
33/2
Mr. Firoz [2]  3/16 3/22
Mr. Lal [2]  21/15 37/22
Mr. Patel [23]  2/23 3/21 18/1 24/12
25/4 25/12 26/6 26/18 26/23 27/1 27/8
28/15 28/19 29/2 31/22 33/14 34/14
34/19 34/22 35/5 39/22 40/17 40/24
Mr. Patel's [3]  15/12 26/21 28/5
Ms. [1]  23/7
Ms. Love [1]  23/7
much [1]  17/2
multiple [4]  8/20 8/22 11/11 18/4
Munschel [1]  13/22
Musa [4]  5/16 6/14 7/4 7/18
must [1]  14/3
my [21]  9/14 9/23 21/11 21/11 23/4
23/11 24/9 25/21 29/1 35/8 36/7 36/14
36/22 37/2 39/14 40/20 40/23 41/6
41/14 41/15 41/17

## N

name [6]  3/18 5/16 6/16 7/17 8/17
41/18
nature [6]  8/13 15/19 24/23 24/25 26/3
27/20
necessarily [1]  26/9
necessary [9]  13/8 13/15 14/22 16/6
16/18 17/6 18/1 18/3 26/2
need [3]  31/7 33/17 36/16
needed [1]  6/11
negative [1]  27/7
new [5]  7/13 12/3 12/13 22/24 35/11
next [4]  35/18 38/11 39/25 40/23
nine [1]  6/24
no [10]  1/3 3/5 12/2 12/15 20/10 22/18
24/18 27/2 29/24 36/8
nonetheless [2]  27/13 39/21
normal [1]  32/16
not [60]
note [9]  9/2 9/14 10/14 11/16 17/8 18/7
26/7 27/23 32/1
notereading [1]  1/23
notes [1]  41/14
Nothing [1]  40/12
noting [1]  3/7
notwithstanding [1]  27/17
November [2]  5/3 21/19
now [11]  12/5 14/13 15/4 15/20 15/23
16/3 17/17 18/8 19/2 33/8 33/11
number [9]  4/4 6/2 10/3 21/21 21/21

21/24 22/9 22/24 41/9
NW [3]  1/12 1/15 1/20

## O

objection [2]  36/6 36/8
objects [1]  4/9
obligated [1]  5/1
obligations [4]  9/11 17/4 18/25 19/1
obstruction [2]  11/20 11/25
obtained [2]  7/6 24/1
obtains [1]  32/16
obviously [3]  29/21 29/24 31/2
off [2]  35/17 39/3
offense [4]  8/14 24/23 26/4 26/13
offenses [1]  26/6
offensive [1]  15/25
offered [1]  10/8
office [5]  1/11 22/23 33/4 35/9 36/22
offices [1]  5/13
official [4]  41/3 41/6 41/13 41/22
often [1]  7/7
okay [31]  2/13 2/20 3/24 11/2 11/9 22/2
22/19 22/20 23/4 23/8 23/19 24/10
28/24 30/5 31/13 31/21 32/11 32/25
33/2 33/10 33/13 34/13 34/13 35/18
35/23 36/9 36/24 39/11 39/16 40/10
40/14
old [1]  20/1
once [1]  36/22
one [14]  3/8 4/4 9/21 10/24 12/5 13/4
16/1 17/8 18/22 18/22 28/19 32/10
33/19 39/4
ongoing [1]  18/20
only [5]  13/14 19/18 37/2 38/8 40/6
open [2]  37/25 38/12
opened [1]  5/12 5/15
operating [1]  12/11
operational [1]  7/21
operations [1]  7/24
opportunity [3]  29/25 37/8 39/23
opposing [1]  9/15
opposition [1]  9/14
option [1]  20/21
optional [1]  3/5
options [3]  24/18 28/7 38/20
order [6]  19/1 25/24 33/15 36/7 36/14
40/20
ordered [3]  4/23 29/19 40/15
orders [1]  25/7
organizations [1]  8/2
origin [1]  8/19
other [16]  8/2 9/19 10/5 10/16 11/5
13/6 17/23 18/22 18/22 19/14 28/1
29/20 29/22 30/3 30/8 32/20
others [1]  12/14
otherwise [2]  14/1 18/2
ought [1]  9/1
our [5]  3/16 13/20 23/2 37/6 38/9
out [11]  4/2 4/10 11/7 23/19 32/22
34/10 35/21 36/10 37/5 37/14 38/17
outcome [1]  17/20
outright [1]  18/14
outside [2]  20/25 29/6
outweighs [1]  39/22
over [3]  18/20 34/8 35/16
own [5]  5/17 6/2 6/2 10/2 10/3

## P

p.m [3]  1/6 38/25 39/13
pages [1]  41/12

paired [1]  25/8
pandemic [3]  5/5 18/20 23/2
papers [8]  3/16 20/16 20/25 21/23
14/24 17/9 20/1 21/7
paragraph [1]  13/11
particular [2]  7/2 29/17
parties [2]  2/6 26/1 33/16 35/21
party [5]  19/12 21/7 21/10 21/12 25/22
passport [8]  21/1 29/8 33/21 34/1 34/5
35/3 35/8 36/11
past [1]  14/10
PATEL [35]  1/5 2/4 2/23 3/16 3/17 3/21
3/22 5/16 6/15 7/4 7/18 13/1 18/1
24/12 24/12 25/4 25/12 26/6 26/18
26/23 27/1 27/8 28/15 28/19 29/2
31/22 33/14 34/14 34/19 34/22 35/5
39/22 40/17 40/24 41/9
Patel's [4]  15/12 26/21 28/5 40/15
Pause [2]  22/16 32/13
Pay [4]  3/20 4/15 4/15 12/11
paycheck [1]  32/22
Paypal [1]  4/21
Payza [9]  3/19 3/19 4/14 4/15 5/20 6/8
6/8 7/21 10/12
Payza's [2]  7/20 7/24
pending [7]  2/21 2/23 24/11 24/13
26/12 28/16 40/18
Pennsylvania [1]  1/15
people [1]  10/10
perfectly [1]  11/8
perhaps [3]  22/14 36/25 37/7
permission [1]  30/21
permitted [1]  32/24
person [3]  6/15 19/13 20/18
personal [2]  5/6 29/3
phone [4]  6/2 10/2 20/18 20/21
Pillars [1]  3/18
planning [1]  33/11
plea [5]  4/25 9/11 12/2 18/25 23/1
plead [1]  22/22
pleaded [1]  17/4
please [4]  2/6 19/9 34/19 34/22
pled [3]  3/25 4/3 4/22 4/24
PLLC [1]  1/14
podium [2]  19/8 33/4
point [3]  9/6 25/13 38/8
points [1]  3/13
ponder [1]  36/2
Ponzi [2]  4/16 8/1
posed [2]  25/2 27/22
position [2]  28/12 30/12
possess [1]  21/1
possession [1]  33/20
possibility [2]  25/22 32/16
possibly [1]  29/9
potential [3]  11/25 31/19 37/25
potentially [3]  25/1 25/15 27/21
powers [1]  36/22
practically [1]  40/2
pre [1]  23/2
pre-pandemic [1]  23/2
prefer [1]  3/4
preparation [1]  2/24
preponderance [2]  24/18 28/13
prescient [1]  16/5
present [2]  2/4 33/21
presented [1]  24/7
presents [1]  24/13
pretrial [23]  2/19 9/8 20/6 20/8 20/9
20/16 21/7 21/16 21/22 22/6 22/11

**P**

pretrial [12]  26/5 26/14 27/16 27/19
28/20 28/21 28/23 29/4 29/5 31/23
33/22 37/21
previously [1]  26/24 26/24
primary [1]  37/6
prior [22]  7/5 13/20 14/5 14/10 14/12
14/17 15/8 15/17 15/19 16/3 16/24
17/12 18/4 18/7 18/18 19/16 21/17
25/6 25/13 29/23 30/9 32/3
prison [5]  5/4 9/5 17/1 17/2 35/10
Prisons [3]  23/14 23/22 24/6
private [5]  11/6 11/8 11/9 11/18 27/3
probably [4]  22/23 38/13 38/14 39/3
procedurally [1]  35/4
proceed [1]  3/1
proceedings [9]  1/23 15/2 15/7 17/6
18/2 27/14 41/7 41/13 41/15
proceeds [2]  6/8 12/8
produced [1]  1/23
product [1]  8/15
proffered [1]  26/17
prohibit [1]  30/6
prohibited [1]  32/7
prohibits [4]  31/22 32/1 32/4 32/5
promise [1]  19/6
promises [5]  8/9 8/11 8/25 19/4 22/18
property [2]  4/23 35/17
proposed [2]  30/12 30/14
prosecution [5]  11/15 16/7 17/7 30/15
32/10
prosecutor [1]  17/17
prosecutors [2]  15/2 15/7
proved [1]  16/5
proven [1]  11/23
provide [1]  39/23
provided [3]  6/20 8/19 9/18
public [1]  39/23
pull [1]  2/16
purposes [3]  37/4 38/4 38/10
pursuant [6]  4/25 6/21 13/18 14/9 19/1
22/21
put [3]  31/14 36/19 37/10

**Q**

quash [1]  14/25
question [14]  8/7 13/2 14/4 15/16 17/25
19/7 21/15 28/2 31/9 32/10 33/20
33/24 37/25 39/5
questionable [3]  30/20 30/25 30/25
questions [2]  6/13 31/15
quick [1]  23/4

**R**

raise [2]  33/24 34/22
raised [2]  17/9 37/23
ran [3]  7/20 10/23 11/3
rare [1]  16/16
rather [2]  18/14 30/17
RDR [1]  1/18
reach [2]  31/17 35/21
reached [1]  37/5
read [1]  2/24
really [2]  23/20 27/22
reason [1]  4/18
reasonable [1]  18/10
reasonably [3]  14/21 24/20 28/4
reasons [2]  13/4 14/10
rebuttal [1]  18/15
received [5]  6/13 12/11 21/9 23/11

23/12
receives [1]  20/24
recognizance [1]  29/3
recognizing [3]  28/25 29/14 39/20
recollection [1]  23/12
recommend [1]  29/14
recommendation [1]  20/9
recommending [1]  29/15
record [5]  2/7 2/14 11/16 31/15 33/15
recorded [1]  1/23
recording [1]  2/16
refer [1]  3/21
reference [1]  23/6
referred [2]  29/22 32/15
reflect [1]  20/1
reflected [2]  3/16 14/23
Reform [4]  13/3 14/9 18/9 24/15
regarding [4]  17/24 29/16 30/15 32/10
registered [1]  5/19
related [6]  7/20 14/12 15/24 29/22 30/8
37/1
relates [1]  15/16
relation [7]  14/17 15/14 15/15 17/14
17/16 17/22 39/5
relationship [1]  19/20
relative [1]  14/22
release [26]  8/10 13/25 18/8 20/21
24/18 25/2 25/13 27/19 27/22 27/22
28/4 28/12 28/14 31/23 33/4 33/13
33/15 34/15 34/20 34/24 36/7 36/11
36/14 40/15 40/15 40/20
released [12]  11/13 18/18 23/14 25/10
27/11 28/9 28/16 29/3 33/18 35/7
37/24 39/6
releasing [1]  20/13
relevant [1]  17/14
rely [1]  15/11
remain [1]  38/11
remains [1]  37/25
remanding [1]  40/17
remind [1]  19/21
repeat [1]  33/17
report [5]  20/17 21/22 22/6 22/12 29/6
reported [2]  6/22 9/5
Reporter [4]  1/18 41/1 41/3 41/22
reporting [1]  20/21
represent [2]  17/15 37/3
represented [3]  15/23 17/11 32/17
request [6]  2/22 21/10 24/14 30/1
30/14 39/6
requesting [1]  24/12
requests [4]  32/9 34/1 35/24 37/1
required [4]  13/3 24/21 25/18 29/10
requirement [1]  37/24
requirements [3]  18/24 20/18 20/19
requires [2]  18/9 24/16
requisite [1]  13/25
reside [1]  28/9
residence [1]  20/25
residency [1]  25/9
resident [4]  5/6 10/15 15/5 27/1
resolution [1]  31/17
resolved [1]  39/24
resources [1]  37/25
respect [8]  3/12 8/9 8/19 9/18 10/13
12/2 37/3 37/22
respectfully [1]  36/1
responded [1]  6/15
responding [2]  6/14 6/15
response [1]  2/25

responsibility [1]  24/4
responsible [1]  11/21
restriction [2]  20/23 30/12
retain [1]  38/5
retained [3]  37/3 38/2 38/3
returned [1]  7/1
review [1]  40/3
right [7]  19/2 33/7 34/13 34/22 37/17
38/22 39/11
risk [17]  13/5 13/6 13/10 13/13 14/1
14/4 14/8 14/11 14/15 15/13 15/22
16/4 18/6 20/20 24/14 26/14 27/24
RMR [1]  1/18
ROBIN [1]  1/8
Rule [2]  22/22 23/6
ruling [2]  15/21 29/1
running [1]  8/16

**S**

safety [1]  20/12
said [7]  11/1 15/23 19/19 31/18 41/9
41/13 41/15
sale [1]  4/12
sales [1]  12/9
salient [1]  3/13
same [5]  5/19 10/4 15/18 22/6 22/7
say [4]  19/24 27/6 32/3 38/11
saying [1]  7/13
says [4]  6/19 8/8 15/10 19/5
schedule [2]  38/13 38/14
scheme [3]  8/16 10/7 26/10
schemes [4]  4/16 4/17 4/17 8/1
scope [1]  14/1
screening [1]  21/12
seated [1]  35/1
second [10]  3/10 4/9 10/24 13/5 14/12
15/15 16/15 28/19 36/25 36/25
secondarily [1]  4/8
Section [1]  13/12
see [1]  28/18
seeking [1]  38/6
seem [1]  21/17
seen [2]  20/2 22/11
seized [1]  9/10
seizure [1]  8/4
self [13]  5/5 5/7 5/8 6/25 7/9 9/5 10/21
16/8 16/10 16/11 16/15 21/20 34/4
self-reported [1]  9/5
self-surrender [7]  5/5 5/7 7/9 10/21
16/10 16/11 21/20
self-surrendered [4]  5/8 16/8 16/15
34/4
self-surrenders [1]  6/25
send [2]  33/4 33/16
sends [1]  7/12
sense [1]  6/21
sent [2]  6/18 6/25
sentence [6]  9/6 17/3 21/19 23/11
23/12 23/14
sentenced [5]  5/4 9/4 10/20 10/21
12/19
sentences [1]  25/14
sentencing [5]  9/7 9/24 18/21 22/7 22/7
separate [2]  4/1 4/1
series [2]  5/20 12/12
serious [12]  13/6 13/13 14/8 14/11
14/14 14/15 15/13 15/21 16/4 18/5
24/14 25/15
seriousness [2]  25/1 27/21

**S**

serve [1] 16/8
served [3] 19/13 19/18 23/9
serves [1] 39/21
service [3] 4/5 7/24 10/6
Services [10] 2/19 20/8 20/9 20/16
22/11 28/21 28/23 29/4 29/5 33/22
set [10] 2/5 2/21 5/25 10/3 14/2 20/22
28/3 28/25 38/17 39/11
several [1] 4/11
severe [3] 15/17 16/25 17/2
severity [2] 16/19 18/13
share [1] 35/4
ship [1] 23/23
short [1] 35/17
shorthand [2] 41/6 41/14
should [16] 12/15 12/15 12/18 12/19
12/20 12/22 14/16 19/3 26/7 28/15
32/3 33/5 36/15 38/13 38/14 40/20
show [3] 17/21 18/19 19/5
showed [1] 18/19
shown [1] 24/17
shows [2] 8/23 19/3
signed [4] 7/3 7/3 7/4 7/7
similar [5] 15/17 18/11 19/20 27/9
27/11
since [4] 20/2 21/17 23/20 38/2
sitting [2] 11/6 39/14
situation [3] 19/22 27/9 36/11
slightly [1] 27/19
so [42]
some [8] 3/14 26/8 26/24 26/24 27/24
28/5 32/20 35/24
somebody [1] 6/16
someone [3] 36/11 38/5 39/1
something [6] 30/19 30/20 33/6 33/22
37/15 40/19
somewhat [3] 23/1 25/19 37/1
sophisticated [2] 8/24 27/12
sorry [5] 3/21 11/2 14/8 14/21 17/10
sort [7] 23/2 26/7 26/12 29/20 37/9
37/13 37/14
speak [4] 2/11 2/15 33/8 33/23
speaks [1] 13/13
specific [4] 29/13 31/10 31/19 32/10
specifically [4] 3/9 14/4 30/5 37/20
speedy [8] 37/6 37/13 37/22 37/23
39/18 39/19 39/23 40/8
spending [1] 3/11
spoke [1] 9/16
spoken [1] 17/11
spouse [1] 19/22
stages [1] 38/11
stand [1] 34/22
standard [2] 28/14 31/25
start [2] 3/6 21/17
started [2] 6/13 20/2
starting [2] 2/7 37/10
state [2] 4/7 29/11
stated [1] 33/14
statements [1] 10/8
states [28] 1/1 1/3 1/9 1/11 1/19 2/3 2/9
2/22 4/6 5/14 10/15 10/15 10/16 10/18
12/13 13/21 13/23 16/11 16/18 17/5
17/22 25/24 27/2 29/7 34/3 34/7 41/4
41/8
States' [1] 24/11
stating [1] 15/21
status [6] 25/20 25/23 33/25 34/3 34/6
37/17

statute [1] 3/11
stay [8] 29/2 36/1 36/7 36/14 36/16
36/18 37/25 40/6
stayed [2] 37/13 40/21
staying [1] 40/15
stenography [1] 1/23
step [1] 38/9
steps [1] 10/7
steroid [1] 12/8
steroids [1] 4/13
still [1] 25/6
stop [5] 12/10 12/15 12/18 12/20 35/14
Street [1] 1/12
stringent [1] 28/6
strong [5] 10/1 11/24 26/17 26/17
26/18
subject [2] 9/6 28/16
submit [7] 8/23 9/25 11/22 12/21 14/5
15/11 18/3
subscribed [1] 41/17
subsection [1] 3/9
subsidiary [1] 7/20
substantial [4] 25/9 25/14 27/3 27/12
successor [1] 25/3
succinctly [1] 25/3
sufficient [2] 11/14 12/16
suggest [2] 18/23 26/13
suggested [1] 27/25
suggesting [1] 17/1
suggests [1] 26/12
suitability [1] 21/8
Suite [1] 1/15
summarize [1] 25/3
summarized [1] 19/16
summary [1] 37/19
supervised [1] 29/5
supervision [3] 20/14 25/6 28/6
support [2] 3/14 8/5
suppose [3] 22/8 31/20 38/20
sure [4] 31/8 33/24 35/5 39/10
surrender [8] 5/5 5/7 7/9 10/21 16/10
16/11 21/20 29/8
surrendered [4] 5/8 16/8 16/15 34/4
surrenders [2] 6/25 6/25
swear [1] 34/19
sworn [1] 34/23

**T**

table [1] 28/8
take [2] 28/18 39/3
taken [3] 24/5 38/9 41/14
talk [2] 3/14 35/14
tape [1] 41/15
telephone [1] 29/6
ten [3] 38/16 38/19 38/21
Tennessee [5] 4/11 12/8 14/19 22/21
23/6
term [4] 16/8 16/23 17/1 17/2
terms [3] 9/19 39/17 40/2
testimony [1] 41/7
Tewari [5] 6/16 6/17 7/4 7/18 7/19
than [9] 6/5 10/17 18/14 22/19 25/16
27/25 29/20 30/3 30/17
thank [42]
that [280]
that's [11] 5/11 7/7 7/7 14/9 22/19 24/7
30/9 32/4 32/4 36/4 37/15
their [6] 3/17 6/20 21/7 23/23 37/16
39/1
them [8] 11/10 11/10 11/14 20/2 35/16

36/12 36/13 37/15
then [24] 3/13 7/12 21/19 23/8 23/16
24/15 24/19 27/20 30/5 30/6 31/2 31/7
33/16 34/4 34/8 34/13 35/23 36/12
36/17 36/18 38/13 39/3 39/17 39/25
theory [3] 6/14 6/15 13/17
there [20] 7/15 8/18 11/7 12/5 18/22
20/10 20/20 23/16 24/18 25/21 26/22
29/13 31/20 35/12 35/23 36/15 38/20
38/21 40/1 40/5
there's [3] 6/18 7/10 29/15
therefore [4] 9/1 18/6 24/3 26/13
these [10] 6/8 15/12 18/13 19/14 26/8
26/22 27/6 28/3 33/17 37/11
they [25] 4/7 4/19 5/14 6/11 6/11 6/12
6/13 6/21 6/22 7/25 8/1 9/17 10/11
11/6 11/14 21/7 25/13 30/19 31/2 31/6
32/17 34/8 36/12 36/23 38/11
they're [2] 11/7 11/7
things [6] 4/16 15/10 18/22 31/17 40/1
40/5
think [16] 8/6 12/5 22/9 23/15 29/8
30/19 30/25 31/7 31/7 35/10 35/13
36/9 37/9 38/16 40/5 40/8
thinking [2] 31/12 35/15
thinks [1] 31/1
third [5] 19/12 21/6 21/10 21/12 25/22
this [78]
thoroughly [1] 15/11
those [14] 4/8 8/22 9/3 11/18 14/20
16/2 17/13 23/8 23/9 24/22 27/6 29/2
29/20 32/6
though [1] 28/13
thought [1] 34/2
three [7] 6/10 23/11 23/13 37/1 37/1
40/5 40/7
three-year [1] 23/11
through [2] 8/20 33/6
Thursday [1] 24/9
Thus [1] 37/20
tied [2] 30/9 32/3
ties [3] 10/16 27/2 27/18
time [14] 6/4 9/8 10/19 12/6 12/10 15/4
16/15 21/10 23/9 36/10 36/19 38/16
39/18 40/4
timeline [1] 35/7
times [1] 18/19
timing [1] 25/5
today [9] 13/2 13/16 14/3 15/9 17/9
17/11 17/15 17/19 39/18
today's [1] 2/24
together [2] 37/11 41/14
told [2] 9/11 10/9
toll [1] 40/4
tomorrow [2] 36/3 36/15 40/19
took [1] 10/7
touched [1] 17/22
trace [1] 8/14
traced [3] 6/6 7/23 11/5
transaction [1] 26/8 31/11 32/18 32/23
transactions [8] 29/20 30/1 30/7 30/16
31/23 31/24 31/24 32/2
transcribed [1] 41/5
transcript [3] 1/8 1/23 41/13
transfer [4] 4/16 8/17 23/6 23/25
transferred [6] 9/3 10/20 22/21 23/16
23/17 23/22
transferring [1] 19/3
transmission [1] 17/21
transmitting [1] 5/22

Utah Case #23-30024    Document ID: 052/48    Filed: 06/29/2023    Page 51 of 51

**T**

travel [6]   20/23 20/23 20/24 21/9 29/6 34/9
traveled [2]   15/6 16/6
traveling [1]   34/5
trial [13]   2/23 24/13 25/25 28/16 29/12 37/6 37/13 37/22 37/23 39/18 39/19 39/23 40/8
true [2]   15/25 16/22
truly [2]   15/10 23/19
trust [3]   8/8 8/9 15/10
trusted [3]   11/23 25/13 25/17
trustworthiness [1]   25/8
truth [1]   10/10
try [2]   34/10 36/10
turn [2]   8/5 34/8
turning [2]   26/3 26/21
twice [2]   5/7 16/10
two [16]   3/8 4/1 4/1 4/9 6/3 9/3 9/22 13/4 14/10 14/17 18/22 35/12 37/1 38/20 40/6 40/7
tying [1]   26/18
type [4]   20/14 26/8 31/11 32/18
typically [1]   36/18
typo [1]   22/8

**U**

UK [1]   6/22
ultimate [1]   28/2
ultimately [5]   5/8 6/19 7/17 16/7 17/19
Um [1]   22/15
Um-hum [1]   22/15
unable [1]   20/19
unavailable [1]   28/7
under [12]   8/5 8/17 9/5 9/11 9/21 9/22 9/23 13/3 18/25 25/6 30/16 39/19
underlying [2]   4/4 10/6
understand [1]   34/16
understanding [1]   37/2
understood [1]   34/14
unique [1]   34/3
UNITED [30]   1/1 1/3 1/9 1/11 1/19 2/3 2/9 2/22 4/6 5/14 5/15 6/22 7/16 10/14 10/15 10/16 10/17 13/21 16/11 16/18 17/5 17/22 24/11 25/24 27/1 29/7 34/3 34/7 41/4 41/8
unless [2]   20/24 40/22
unlicensed [3]   4/5 5/21 7/24
unlike [1]   27/9
unlikely [1]   13/24
until [4]   36/14 37/13 39/25 40/4
up [14]   2/17 5/11 5/25 6/22 9/10 10/3 18/19 18/19 19/4 19/4 19/5 22/9 31/15 33/3 39/13
upon [4]   9/7 35/11 37/15 41/7
us [3]   9/11 36/10 38/21
USC [3]   3/8 3/11 4/4
use [2]   6/1 8/22
used [8]   5/16 5/18 5/24 5/25 10/2 10/4 10/5 10/5
using [1]   8/23

**V**

value [1]   15/25
various [1]   8/1
verify [2]   21/2 29/4
versus [3]   2/3 13/22 41/8
very [2]   7/2 19/2
via [2]   36/21 41/5
vicinity [1]   23/3

**Vineet** [4]   6/16 7/3 7/17 7/19
VineetTewari6032 [1]   7/11
violated [1]   31/23
violating [1]   31/7
violation [3]   3/8 4/3 31/1
virtual [2]   39/8 39/12
void [1]   36/12
voluminous [1]   16/16

**W**

wait [1]   33/5
waiting [1]   10/20
waive [1]   37/23
waived [1]   39/7
waiver [1]   37/6
wallets [8]   8/21 8/22 11/6 11/8 11/9 11/18 27/3 27/13
want [6]   30/18 33/3 33/11 36/11 36/23 37/14
wanted [1]   33/24
wants [1]   6/17
warrant [4]   8/4 23/18 24/2 24/8
warrants [1]   8/24
Warren [1]   15/1
was [78]
Washington [4]   1/4 1/12 1/16 1/20
wasn't [1]   12/10
way [5]   2/16 7/19 27/7 33/3 35/14
ways [1]   14/22
we [42]
We'll [1]   36/20
we're [3]   33/6 36/13 37/10
we've [1]   40/9
week [3]   7/10 23/15 35/8
weekly [1]   29/6
weeks [1]   35/12
weigh [2]   26/5 29/25
weight [3]   9/25 24/24 26/16
weighty [1]   27/25
well [7]   2/25 6/13 25/21 26/19 30/24 36/21 40/24
went [2]   6/16 16/13
were [25]   4/4 4/9 5/20 5/23 6/3 6/11 7/25 8/1 8/25 12/1 12/5 17/16 18/20 20/13 25/15 25/15 26/24 28/16 32/15 33/11 33/14 35/24 38/20 40/5 40/7
what [15]   10/25 19/21 20/14 22/9 23/24 25/23 30/11 32/4 32/5 32/6 33/25 34/4 36/4 36/22 37/17
what's [3]   21/22 34/10 38/15
whatever [1]   4/21
when [10]   5/12 6/7 7/21 12/11 12/17 12/19 22/20 23/21 25/21 34/12
where [9]   4/4 5/19 12/6 20/17 24/7 25/14 36/12 36/13 37/10
whereof [1]   41/17
whether [19]   4/7 9/7 13/2 13/7 13/7 13/14 15/9 17/25 18/10 24/17 26/23 28/3 34/7 34/7 36/2 37/8 40/16 40/20 40/21
which [18]   3/11 3/18 4/3 4/11 13/13 13/17 17/4 17/9 21/22 24/15 25/5 25/14 26/7 29/2 33/15 35/11 35/11 35/17
while [8]   15/24 25/5 25/24 25/25 26/11 29/11 31/23 33/6
who [7]   6/15 6/16 7/22 16/16 20/15 37/12 39/25
whole [3]   4/15 5/20 12/12
wife [1]   19/24

wild [1]   25/19
will [21]   3/1 11/16 13/8 18/1 28/25 29/2 31/21 33/25 33/7 36/16 34/5 35/4 36/14 36/17 36/18 39/11 39/18 39/23 40/4 40/9 40/21
willing [1]   12/3
wire [1]   4/17
wish [2]   20/6 31/10
withdraw [1]   14/25
without [6]   2/23 4/6 12/22 30/22 32/4 33/12
witness [1]   41/17
words [2]   6/20 13/7
work [1]   31/16
workers [2]   21/11 21/11
works [2]   38/21 38/24
world [2]   5/14 11/12
worth [1]   6/5
would [53]
wouldn't [1]   32/18

**Y**

year [1]   23/11
years [5]   4/11 9/21 9/22 20/1 23/13
yes [15]   19/10 19/24 20/16 22/1 22/5 22/13 23/4 28/21 32/11 34/16 34/21 35/25 36/14 38/18 39/4
you [78]
you're [4]   3/5 29/14 38/2 38/3
your [43]
yourselves [1]   2/6

**Z**

Zia [2]   15/23 17/18
Zoom [2]   18/20 39/15