# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3082**             **September Term, 2023**

1:23-cr-00166-DLF-1

**Filed On: October 3, 2023** [2020178]

United States of America,

    Appellee

  v.

Firoz Patel,

    Appellant

## M A N D A T E

In accordance with the judgment of August 8, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                              BY:   /s/
                                          Daniel J. Reidy
                                          Deputy Clerk

Link to the judgment filed August 8, 2023